# EXHIBIT ONE

## BULLYVILLE.COM

JMAS RETZLAFF - CLICK HERE TO LEARN MORE ABOUT CONVICTED FELON, ALLEGED PEDEOPHILE AND RAPIST    Login  Sign-up 

Home   Celebrities   My Story   Bully Blast™   Dear Bully   Recon   Articles   Videos   Fun   Bully Poll   Bully Map   Press   Resources   Shop   Blog   Forum

# BullyVille
### TAKE THE BULL BY THE HORNS!

STICKS + STONES

**Bullying Survivors** | First Name | Last Name | City | Search | Post Story

## BullyVille Articles

**Court Update - Joseph A. Camp 5/20/2014**
Article by: BullyVille
May 20, 2014
Views: 280,710

 9

Joseph A. Camp came into court today and asked to have his court appointed attorney removed. In all his years as a public defender, this guy never told the judge, "yeah, do it, I can't represent this guy"....but he did with Camp. So Camp will have new counsel appointed. As we are all aware, An American Hostage is never at fault, it is always an issue with the lawyer. So the judge started off extremely impressed with our hero.

The judge made some comments that, after reading the letters, he was extremely troubled by Camp's conduct and said that if even half of it is true it is cause for alarm. The judge implied heavily that he would not agree to a 5 month jail term and no supervised release. It is now uncertain what will happen to Camp. The judge may give him the two year max and then one more year of supervised release, but will likely do something short of that. The central issue is that the judge wants to find a way to have Camp conform his behaviors to societal norms but recognizes that Camp may be incapable of such good behavior. There may be no choice but to lock him up for the max. Stay tuned.

Camp will get new appointed counsel and they will need some time to get up to speed. The probation office is trying to figure out what to do as well. They feel he may be too difficult to supervise. It seems an impossible situation for all, as Camp can't be supervised, can't control his behavior and doesn't want to anyway. We'll see what happens.



[ Login to comment ]     9

**Comments**

Posted By: hostage | 5/20/14 5:42 PM
Ima american hostage, ur restraining orders mean nothin to me.

Login to reply









Home | Celebrities | My Story | Bully Blast™ | Dear Bully | Recon | Articles | Videos | Fun | Bully Poll | Bully Map | Press | Resources | Shop | Blog
About Us | Terms of Service | Privacy Policy | Posting Policy | FAQ | Contact Us

Copyright © 2014 BullyVille, Inc - A ViaView Corporation. All rights reserved. Patent Pending.
Follow BullyVille



Chat Enter

Web2PDF

RETZLAFF - CLICK HERE TO LEARN MORE ABOUT CONVICTED FELON, ALLEGED PEDEOPHILE AND RAPIST THOM   Login  Sign-up

Home  Celebrities  My Story  Bully Blast^IV  Dear Bully  Recon  Articles  Videos  Fun  Bully Poll  Bully Map  Press  Resources  Shop  Blog  Forum

# BullyVille
### TAKE THE BULL BY THE HORNS!

STICKS + STONES

**Bullying Survivors** | First Name | Last Name | City | Search | Post Story

## Terms of Service

1960103.2
(Effective:,April 12, 2012)

The BullyVille site, (http://www.bullyville.com) web site and any derivative web site on which these Terms of Service are posted are owned and operated by BullyVille, Inc., a Delaware corporation, ("BullyVille"). BullyVille has adopted these Terms of Service ("Terms of Service" or "Agreement") to make you aware of the terms and conditions of your use of the BullyVille.com web site, any derivative web sites on which these Terms of Service are posted and any Content or other products or services that are offered or provided via the aforementioned web sites (collectively, the "Web Site"). In the event that you purport to be the agent of, represent, or otherwise act on behalf of an entity or any other person, references to "you," "your" or "User" shall include such entity or person in addition to such representative, and your acceptance of this Agreement shall constitute acceptance on behalf of such entity or person. By using the Web Site, you unequivocally agree to be bound by this Agreement, whether you are a "visitor" that simply browses the Web Site without registering an account or you are a "member" that registers an account on the Web Site.

BullyVille reserves the right, at its discretion, to change, modify, add or remove portions of these Terms of Service at any time by posting such changes to this page. You understand that you have the affirmative obligation to check these Terms of Service periodically for changes, and you hereby agree to periodically review these Terms of Service for such changes. The continued use of the Web Site following the posting of changes to these Terms of Service will constitute your acceptance of those changes.

BY USING OR OTHERWISE ACCESSING THE WEB SITE, CREATING, REGISTERING OR ACCESSING AN ACCOUNT, POSTING OR DOWNLOADING CONTENT OR ANY OTHER INFORMATION TO OR FROM THE WEB SITE, PURCHASING ANY PRODUCTS OR SERVICES VIA THE WEB SITE OR MANIFESTING YOUR ASSENT TO THESE TERMS OF SERVICE IN ANY OTHER MANNER, YOU HEREBY UNEQUIVOCALLY AND EXPRESSLY AGREE TO, AND SHALL BE SUBJECT TO, THESE TERMS OF SERVICE. IF YOU DO NOT UNEQUIVOCALLY AGREE TO THESE TERMS OF SERVICE, YOU MAY NOT USE OR OTHERWISE ACCESS THE WEB SITE, CREATE, REGISTER OR ACCESS AN ACCOUNT, POST OR DOWNLOAD CONTENT OR ANY OTHER INFORMATION TO OR FROM THE WEB SITE OR PURCHASE ANY PRODUCTS OR SERVICES VIA THE WEB SITE. YOU AGREE THAT YOUR ELECTRONIC SIGNATURE IN THESE METHODS IS THE LEGAL EQUIVALENT OF YOUR MANUAL SIGNATURE ON THIS AGREEMENT. YOU FURTHER AGREE THAT YOUR USE OF A KEY PAD, MOUSE OR OTHER DEVICE TO SELECT AN ITEM, BUTTON, ICON OR SIMILAR ACT OR ACTION, OR ANY OTHER ACT OR ACTION IN SUBMITTING MATERIALS TO BULLYVILLE OR ACCESSING BULLYVILLE CONTENT CONSTITUTES YOUR ELECTRONIC SIGNATURE, ACCEPTANCE AND AGREEMENT. YOU ALSO AGREE THAT NO CERTIFICATION AUTHORITY OR OTHER THIRD PARTY VERIFICATION IS NECESSARY TO VALIDATE YOUR ELECTRONIC SIGNATURE, AND THE LACK OF SUCH CERTIFICATION OR THIRD PARTY VERIFICATION WILL NOT IN ANY WAY AFFECT THE ENFORCEABILITY OF YOUR ELECTRONIC SIGNATURE OR ANY RESULTING AGREEMENT BETWEEN YOU AND BULLYVILLE.

### General Terms of Service and Restrictions on Use

Unless otherwise expressly provided herein, BullyVille hereby grants you a limited, nonexclusive, nonassignable, nontransferable license to access and use the Web Site solely for your own personal, non-commercial purposes, subject to your agreement to, compliance with and satisfaction of these Terms of Service. All rights not otherwise expressly granted by these Terms of Service are reserved by BullyVille. You agree not to reproduce, duplicate, copy, distribute, transmit, sell, trade, resell or exploit for any purpose any portion of or any information from the Web Site. You may not obscure or remove any proprietary rights notices contained in or on the Content.

BullyVille may discontinue or alter any aspect of the Web Site, modify, alter or remove Content from the Web Site, restrict the time the Web Site is available or restrict the amount of use permitted at BullyVille's sole discretion and without prior notice or liability. You agree that BullyVille may, under certain circumstances, immediately suspend and/or terminate your access to the Web Site or any part thereof. Cause for such measures shall include, without limitation: (a) breaches or violations of these Terms of Service or other agreements or guidelines; (b) discontinuance or material modification to the Web Site; (c) unexpected technical or security issues or problems; (d) extended periods of inactivity; and/or (e) engagement by you in fraudulent or illegal activities. You further agree that such measures shall be taken in BullyVille's sole discretion and without liability to you or any third party.

### BullyVille Intellectual Property

Unless otherwise specifically noted in these Terms of Service, images, trademarks, service marks, logos and icons displayed on the Web Site, including, without limitation, BullyVille (trademark,) are the property of BullyVille and/or its licensors and may not be used without BullyVille's prior written

---

**Connect with BullyVille**

**BULLYVILLE BLOG**

 Like  126,873 people like this.

*(1 like)* My Struggle
September 03, 2014

*(2 likes)* Sand Sculpture of a Bully.
August 04, 2014

*(4 likes)* Religious Bullying...
July 17, 2014

*(4 likes)* Bully Missle
July 08, 2014

*(7 likes)* You know what really grinds my gears?
July 01, 2014




**BullyVille Central - Community Forum**









Web2PDF

consent. Trademarks and copyrighted materials owned by third parties are the property of those respective third parties. The Web Site is the copyrighted property of BullyVille, and it may not be reproduced, recreated, modified, accessed or used in any manner or disseminated or distributed to any other party in violation of these Terms of Service. Any unauthorized use of any Content, whether owned by BullyVille or other parties, may violate copyright laws, trademark laws, privacy and publicity laws and communications regulations and statutes. You will not copy, reverse engineer, disassemble, decompile, translate, modify, reproduce, republish, transmit, sell, offer for sale, disseminate or redistribute the intellectual property found in the Web Site or any part thereof or grant any other person or entity the right or access to do so.

### Accounts

To take advantage of certain functionality and capabilities of the Web Site (e.g., to upload and/or manage Content), you may be required to register an account. In the event you agree to register an account, you will select and/or receive a username and password upon providing registration information and successfully completing the registration process (or BullyVille may assign initial registration information that you will have the option to change). You are responsible for maintaining the confidentiality of your username and password and are fully responsible for all activities that occur under your username and password. You agree to immediately notify BullyVille in the event (a) your registration information changes, or (b) you learn of or have reason to suspect any unauthorized use of your account or any other breach of security. You also agree that you will provide truthful and accurate information during the registration process. BullyVille may refuse to grant a particular username to you for any reason, including, without limitation, in the event BullyVille determines that such username impersonates someone else, is protected by trademark or other proprietary right law or is vulgar or otherwise offensive.

### Content



You acknowledge that the Web Site contains or provides access to information, photos, video, text, graphics, music, sounds or other material provided by BullyVille or third parties (collectively, "Content") that are protected by copyrights, patents, trademarks, trade secrets or other proprietary rights, and that these rights are valid and protected in all forms, media and technologies existing now or hereafter developed. The Content posted by users via the Web Site ("User Content") is the intellectual property of the specific users of the Web Site who post such User Content and their licensors, if any. Users who upload User Content to BullyVille represent and warrant that they are the owners or authorized licensees of that User Content and legally entitled to distribute it through the BullyVille service. BullyVille does not claim any ownership rights in such User Content. You are solely responsible for the content or information you publish, display or otherwise communicate in any manner on the Web Site. By posting User Content via the Web Site, however, you hereby grant to BullyVille a limited, transferable, nonexclusive, worldwide, perpetual, royalty-free license to use, reproduce, modify, edit, adapt, publish, translate, display, distribute, sell, sublicense and create derivative works and compilations incorporating such User Content. For the avoidance of doubt, references to Content shall include User Content. If You upload User Content for which you are not the owner or an authorized licensee. You agree that the damages BullyVille suffers as a result of your material misrepresentation of ownership and potential liability to third parties would be difficult to calculate, and agree that BullyVille shall be entitled to liquidated damages of $10,000 per infringing file, piece or item of User Content. You further agree to release and BullyVille harmless for all uses of User Content you submit to Bullyville, and agree to indemnify BullyVille for all costs and legal expenses arising from, related to or in connection with Your misrepresentations as to the ownership and/or licensing of Your User Content. For the avoidance of doubt, references to Content shall include User Content.



### BullyVille's Privacy Policy

BullyVille collects, stores and uses data collected from you in accordance with BullyVille's Privacy Policy, located at http://bullyville.com/home/about/privacy. The terms and conditions of the Privacy Policy are hereby expressly incorporated into these Terms of Service as though set forth in full herein.

### Links



The Web Site and/or Content accessed or downloaded via the Web Site may contain links to other web sites, content or resources on the Internet. Because BullyVille has no control over such websites, content or resources, you acknowledge and agree that BullyVille is not responsible for the availability of such external web sites, content or resources. BullyVille does not endorse and is not responsible or liable for any advertising, products, or other information or materials contained therein or for any privacy or other practices of the third parties operating such web sites, content or resources. You further acknowledge and agree that BullyVille shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with your use of or reliance on any such information, materials, goods or services available on or through any such web site, content or resource. BullyVille strongly encourages you to review any separate terms of service and privacy policies governing use of the foregoing.

### Purchases



BullyVille may allow users to place Orders for Content, products and/or services via the Web Site or through its third-party affiliates. "Order" shall mean any order placed by a user for Content, products and/or services via the Web Site that is accepted by BullyVille. In the event that you are a user placing an Order, you are subject to the additional terms of this section. Please note that in some cases, you may be directed to a third-party web site to make purchases. In such an event, the purchase terms in this section do not apply, and your purchase will be governed by the terms of such third-party web site. By making such purchases, you hereby agree that BullyVille has no responsibility, and shall have no liability, for any claim related to your purchases on such third-party web sites.



Upon placing an Order, you shall pay to BullyVille the purchase price as set forth in the "Shopping Cart" or similar ordering mechanism. BullyVille may utilize the services of certain third party payment processors to process payments of credit cards and other accepted methods of payment. Your purchase is subject to any additional terms and conditions imposed by such third party payment processors. The purchase price and any applicable fees or taxes shall be applied to your chosen method of payment upon submission of your Order.

Prices and availability of Content, products and/or services are subject to change without notice. Errors will be corrected where discovered, and BullyVille reserves the right to revoke any stated

offer and to correct any errors, inaccuracies or omissions including after an Order has been submitted and whether or not the Order has been confirmed and your payment method accepted and charged. In the event your payment method has been accepted and charged, BullyVille will issue you the appropriate credit within a reasonable time after your Order has been revoked. You agree to the following restrictions regarding your Order(s): (a) you may not resell any Content or otherwise profit from its use or display; (b) you may not, nor will you allow any other party to, reproduce, modify, edit, adapt, publish, translate, display, distribute, sell, sub license or create derivative works or compilations incorporating such Content without the express permission of the owner of such Content; (c) decompile, reverse engineer, disassemble or otherwise reduce any object code relating to the Content to human perceivable form, (d) you will not otherwise violate any additional legal or contractual restrictions governing use of the Content; (e) you will not obscure or remove any proprietary rights notices contained in or on the Content; and (f) you will not export the Content in violation of applicable laws. Content is licensed and not sold.



**User Representations**

You hereby represent and warrant to BullyVille that: (a) you (i) have reached the age of majority in the jurisdiction where you reside (generally 18, 19 or 21 years of age depending on the jurisdiction), (ii) are an emancipated minor under the laws of your jurisdiction of domicile and/or residence or (iii) otherwise have the power and authority to enter into and perform your obligations under this Agreement; (b) you are an authorized signatory of the credit or debit card or other method of payment that you provide to BullyVille or it third-party payment processor to pay the purchase price and any applicable fees or taxes related to your Orders; (c) you will comply with the terms and conditions of these Terms of Service and any other agreement to which you are subject that is related to your use of the Web Site or any part thereof or any Order(s) that you place via the Web Site; (d) you have provided and will maintain truthful, accurate and complete information to BullyVille, including, without limitation, your legal name, address, email address, and any other registration information BullyVille may reasonably require; (e) your access to and use of the Web Site or any part thereof and/or purchase and use of any Content, products or services will not constitute a breach or violation of any other agreement, contract, terms of use or any law or regulation to which you are subject; (f) you will immediately notify BullyVille in the event that you learn or suspect that your registration information, username or password has been disclosed or otherwise made known to any other person; (g) you will promptly report to BullyVille any violation of these Terms of Service by any other user; (h) you will not use the Web Site in order to gain competitive intelligence about BullyVille, the Web Site or any product or service offered via the Web Site or to otherwise compete with BullyVille or its affiliates; and (i) if you purport to be the agent of, represent or otherwise act on behalf of an entity or any other person, that you are in fact an authorized representative of such entity or other person.

In the event that you post any User Content via the Web Site, you hereby make the following additional representations and warranties to BullyVille: (1) you are owner of such User Content or otherwise have the right to grant BullyVille the licenses granted pursuant to this Agreement; (2) you have secured any and all consents necessary to post the User Content and to grant the foregoing licenses; (3) the User Content does not violate the rights of any third party, including, without limitation, the intellectual property, privacy or publicity rights of any third party, and such User Content does not contain any personally identifiable information about third parties in violation of such parties'; rights; (4) the use of any User Content will not result in harm or personal injury to any third party; and (5) all factual information contained in the User Content is true, accurate and complete. PLEASE NOTE THAT YOU ARE SOLELY RESPONSIBLE FOR ANY USER CONTENT POSTED ON THE BULLYVILLE WEB SITE AND IN YOUR PRIVATE E-MAIL MESSAGES.

**Prohibited Uses**

You are solely responsible for all content or information you publish or display (hereinafter, "post") on the Web Site. You will NOT post on the Web Site any defamatory or illegal material or any material that actually or potentially infringes or violates the intellectual property rights of any person, including, without limitation, the copyright, trademark, patent, trade secret or other intellectual property rights, or privacy, moral or publicity rights, of any person. You will use the Web Site in a manner consistent with any and all applicable laws, regulations, rulings and orders. By posting information on the Web Site, you warrant and represent that the information is truthful and accurate. You will not post, distribute or reproduce in any way any copyrighted material, trademarks, or other proprietary information without obtaining the prior written consent of the owner of such proprietary rights or except as otherwise permitted by law. BullyVille does not and cannot review each message posted by users of the Web Site and BullyVille is not responsible for the information, message or contents of such Content. BullyVille reserves the right, but is not obligated, to delete or remove (i) profane language, (ii) obscenities, (iii) threats of physical violence, bodily harm or damage to property, and (iv) private financial information such as social security numbers and credit card information.

Additionally, you are solely responsible for any and all acts and omissions that occur under your account or password, and you agree not to engage in unacceptable use of the Web Site or any part thereof or any User Content that you may post or purchase via the Web Site, which includes, without limitation: (a) use of the Web Site to interfere, disrupt or attempt to gain unauthorized access to other accounts on the Web Site or any other computer network; (b) use of the Web Site to post or store viruses, Trojan horses or any other malicious code or programs designed to interrupt, destroy or limit the functionality of any computer software,hardware, system or telecommunications equipment; (c) use of the Web Site to post or store any unsolicited or unauthorized advertising, promotional materials, junk mail, spam, chain letters, pyramid schemes or other fraudulent schemes, or any other form of solicitation; (d) use of any manual or automated software, devices or other processes to "crawl" or "spider" any web pages contained in the Web Site (including, without limitation, the use of robots, bots, spiders, scrapers or any other means to extract pricing, product, service or other data from the Web Site); (e) use of the Web Site to gain competitive intelligence about BullyVille, the Web Site or any product or service offered via the Web Site or to otherwise compete with BullyVille or its affiliates; (f) framing or otherwise simulating the appearance or functions of the Web Site or any portion thereof; (g) harvesting or otherwise collecting any information about other users, including, without limitation, email addresses or other contact information of other users or (h) use of the Web Site to engage in any activity that, as determined by BullyVille, may intentionally or unintentionally violate these Terms of Service, violate any applicable laws or regulations or conflict with the spirit or intent of these Terms of Service.

**Disclaimer**

BullyVille shall have the right to remove any such material that in its sole opinion violates, or is



alleged to violate, any applicable law or either the letter or spirit of these Terms of Service. BullyVille uses reasonable efforts to maintain the Web Site, but BullyVille is not responsible for any defects or failures associated with the Web Site, any part thereof, any User Content posted using the Web Site, or any damages (such as lost profits or other consequential damages) that may result from any such defects or failures. The Web Site may be inaccessible or inoperable for any reason, including, without limitation: (a) equipment malfunctions, (b) periodic maintenance procedures or repairs which BullyVille may undertake from time to time, or (c) causes beyond the control of BullyVille or which are not foreseeable by BullyVille. In addition, BullyVille makes no guarantees as to the Content or as to web sites and information located worldwide throughout the Internet that you may access as a result of your use of the Web Site or any Content made available thereon, including as to the accuracy, content, or quality of any such Content, sites and information or the privacy or other practices of any such Content provider or site.

BullyVille does not control the User Content posted by its users, nor does it have any obligation to monitor such User Content for any purpose. BullyVille reserves the right, but has no obligation, to monitor, modify, alter or otherwise remove User Content after it is posted on the Web Site, including as required or permitted by law or otherwise in the sole discretion of BullyVille. Despite the fact that it has no monitoring obligations, BullyVille reserves the right to remove any and all material that it feels is actually or potentially inappropriate, offensive, illegal or harmful any respect or which may violate these Terms of Service. Because the User Content offered via the Web Site is provided by other users, and because BullyVille does not monitor or exercise control over the User Content, BullyVille does not make any warranties or representations regarding any of the Content offered via the Web Site or the quality thereof.

BullyVille does not necessarily approve, endorse, sanction, encourage, verify or agree with any message posted by its users or otherwise embodied in the Content. You understand that by using the Web Site, you may be exposed to Content that may be offensive, indecent, vulgar, defamatory or otherwise objectionable, and that in no way shall BullyVille be liable under any theory for such exposure. BullyVille is not a backup service for storing User Content, and BullyVille shall have no liability regarding any loss of User Content. You are solely responsible for creating backups of any User Content you post using the Web Site.
PLEASE NOTE THE FOLLOWING IMPORTANT DISCLAIMERS OF WARRANTIES: THE WEBSITE, ANY CONTENT AND ANY PRODUCTS OR SERVICES PROVIDED VIA THE WEB SITE ARE PROVIDED "AS IS" AND "AS AVAILABLE," AND AT YOUR SOLE RISK. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, BULLYVILLE EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR USE OR PURPOSE, TITLE, ACCURACY, CURRENTNESS AND NON-INFRINGEMENT. WITHOUT LIMITATION, BULLYVILLE MAKES NO WARRANTY THAT THE WEB SITE, ANY CONTENT OR ANY PRODUCTS OR SERVICES PROVIDED VIA THE WEBSITE WILL MEET YOUR REQUIREMENTS, THAT USE OF THE FOREGOING WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR-FREE, THAT THE RESULTS OBTAINED FROM THE USE OF THE FOREGOING OR ANY INFORMATION FOUND THEREON WILL BE ACCURATE OR RELIABLE, OR THAT THE QUALITY OF ANY CONTENT, PRODUCTS, SERVICES, INFORMATION OR OTHER MATERIAL OBTAINED THROUGH THE WEB SITE WILL MEET YOUR EXPECTATIONS. UNDER NO CIRCUMSTANCES WILL BULLYVILLE BE RESPONSIBLE FOR ANY LOSS OR DAMAGE RESULTING FROM ANYONE'S RELIANCE ON INFORMATION OR OTHER CONTENT POSTED ON THE BULLYVILLE WEB SITE, OR TRANSMITTED TO OR BY ANY USERS. ANY CONTENT OR OTHER MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE WEB SITE IS DONE AT YOUR SOLE RISK, AND YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF ANY SUCH MATERIAL. FURTHER, PLEASE NOTE THAT NO ADVICE OR INFORMATION, OBTAINED BY YOU THROUGH THE WEB SITE OR ANY PRODUCT SHALL CREATE ANY WARRANTY NOT EXPRESSLY PROVIDED FOR IN THESE TERMS OF SERVICE.ANY IMPLIED WARRANTIES THAT CANNOT BE DISCLAIMED UNDER APPLICABLE LAW ARE LIMITED TO THE SHORTEST PERIOD PERMITTED BY APPLICABLE LAW. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU. YOU MAY ALSO HAVE OTHER LEGAL RIGHTS THAT MAY VARY FROM JURISDICTION TO JURISDICTION.

**Limitation of Liability**

YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, BULLYVILLE SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, PUNITIVE OR EXEMPLARY DAMAGES, INCLUDING WITHOUT LIMITATION, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF BULLYVILLE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), RESULTING FROM: (A) THE USE OR THE INABILITY TO USE THE WEB SITE, ANY CONTENT, PRODUCTS OR SERVICES MADE AVAILABLE ON OR PURCHASED VIA THE WEB SITE; (B) THE COST OF PROCUREMENT OF SUBSTITUTE CONTENT, PRODUCTS AND SERVICES RESULTING FROM ANY CONTENT, PRODUCTS, DATA, INFORMATION OR SERVICES PURCHASED OR OBTAINED OR MESSAGES RECEIVED OR TRANSACTIONS ENTERED INTO THROUGH OR FROM THE WEB SITE OR OTHERWISE; (C) UNAUTHORIZED ACCESS TO OR ALTERATION OF YOUR TRANSMISSIONS, CONTENT OR DATA; OR (D) ANY OTHER MATTER RELATING TO THE WEB SITE, ANY CONTENT OR PRODUCTS OR SERVICES. IF YOU ARE DISSATISFIED WITH THE WEB SITE, YOUR SOLE AND EXCLUSIVE REMEDY SHALL BE TO DISCONTINUE USE OF THE WEB SITE AND TERMINATE THIS AGREEMENT IN ACCORDANCE WITH ITS TERMS. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL BULLYVILLE'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION (WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE) OR OTHERWISE) EXCEED THE AMOUNT PAID BY YOU, IF ANY, FOR ACCESSING THE WEB SITE, PURCHASING ANY CONTENT OR PURCHASING BULLYVILLE'S PRODUCTS OR SERVICES OR ANY AMOUNT RETAINED BY BULLYVILLE FOR PROVIDING THE SERVICES. SOME JURISDICTIONS DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES. ACCORDINGLY, SOME OF THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU. YOU MAY ALSO HAVE OTHER LEGAL RIGHTS THAT VARY FROM JURISDICTION TO JURISDICTION.

**Release; Indemnification**

You agree to release BullyVille, its parents, affiliates, successors and assigns together with their respective officers, members, directors, employees and agents, from any and all liability and obligations whatsoever in connection with or arising from your use of the Web Site. If at any time you are not happy with the Web Site or object to any material within the Site, your sole remedy is



to cease using them. You further agree to defend, indemnify and hold harmless BullyVille, its parents, affiliates, successors and assigns together with their respective officers, members, directors, employees and agents from and against any and all claims, liabilities, damages, losses or expenses, including attorneys'; fees and costs and expenses, arising out of or in any way connected with (a) your access to or use of the Web Site or any part thereof, (b) any User Content you post via the Web Site, (c) a breach or alleged breach by you of any of your representations, warranties, covenants or obligations under this Agreement, (d) infringement or misappropriation of any intellectual property or other rights of BullyVille or third parties by you, (e) any negligence or willful misconduct by you, (f) your use of any Content, services or products provided by BullyVille, or (g) any other claim related to your performance under this Agreement.

**Term and Termination**

This Agreement is effective upon your unequivocal acceptance as set forth herein and shall continue in full force until terminated. You agree that BullyVille, in its sole discretion, may terminate your use of the Web Site or any part thereof upon prior notice, and remove and discard any User Content, in the event you violate these Terms of Service. You agree that BullyVille may immediately suspend your account and your access to the Web Site or any part thereof in order to conduct an investigation in the event it believes you have violated these Terms of Service or if it determines that you are a repeat infringer of another's intellectual property or other rights. BullyVille may also, in its sole discretion and at any time, discontinue providing the Web Site, any part thereof, any User Content or any products advertised thereon, with or without notice. You agree that BullyVille shall not be liable to you or any third- party for any termination or suspension of your access to the Web Site or any part thereof, removal of User Content or sale of any products. You may terminate this Agreement at any time by immediately discontinuing all access to the Web Site and by providing notice to BullyVille of such discontinuance. Termination or cancellation of this Agreement shall not affect any right or relief to which BullyVille may be entitled at law or in equity. Upon termination of this Agreement, you shall terminate all use of the Web Site and any Content provided thereby. In the event of termination, you will not be entitled to any refund of any fees or other charges, if any, paid in connection with this Agreement.

**Governing Law and Other Miscellaneous Terms**

The parties and their respective personnel are and shall be independent contractors, and neither party by virtue of this Agreement shall have any right, power or authority to act or create any obligation, express or implied, on behalf of the other party. You acknowledge and agree that any expenses that you incur in furtherance of this Agreement are voluntary in nature and are made with the knowledge that this Agreement may be terminated as provided herein. You shall not make a claim against BullyVille, and BullyVille shall not be liable with respect to the recoupment of any expenditures or investment made by you in anticipation of the continuation of this Agreement beyond the term hereof. The parties agree that breach of the provisions of this Agreement would cause irreparable harm and significant injury to BullyVille which would be both difficult to ascertain and which would not be compensable by damages alone. As such, the parties agree that BullyVille has the right to enforce the provisions of this Agreement by injunction (without necessity of posting bond), specific performance or other equitable relief without prejudice to any other rights and remedies BullyVille may have for your breach of this Agreement. The parties expressly and unequivocally agree that any claim arising from the Web Site or this Agreement (excluding claims for injunctive or other equitable relief) shall be decided by binding nonappearance-based arbitration. The parties shall endeavor to mutually agree to use the services of an established alternative dispute resolution ("ADR") provider. In the event the parties cannot mutually agree to an ADR provider, the services of the American Arbitration Association shall be used to resolve the claim. The ADR provider and the parties must comply with the following rules: (a) the arbitration shall be conducted by telephone, online and/or be solely based on written submissions, the specific manner shall be chosen by the party initiating the arbitration; (b) the arbitration shall not involve any personal appearance by the parties or witnesses unless otherwise mutually agreed by the parties; and (c) any judgment on the award rendered by the arbitrator may be entered in any court of competent jurisdiction. In the event the foregoing arbitration provision does not apply, is found inapplicable or otherwise not given full force and effect, the parties agree that the sole and exclusive jurisdiction and venue for any and all unresolved disputes related to this Agreement shall be in any trial or appellate court located in or serving New Castle County, Delaware, U.S.A., and in such event the parties expressly, explicitly and unequivocally waive any and all right to a trial by jury.

If any action at law or in equity or any arbitration proceeding is necessary to enforce the terms of this Agreement, the prevailing party will be entitled to reasonable fees of attorneys, accountants and other professionals, and costs and expenses in addition to any other relief to which such prevailing party may be entitled. The captions and headings of this Agreement are included for ease of reference only and will be disregarded in interpreting and construing this Agreement. The controlling language of this Agreement is English. Any translations of this Agreement that may have been provided by BullyVille have been provided for convenience only and shall have no binding effect. If the performance of any part of this Agreement by either party (other than payment of money) is prevented, hindered, delayed or otherwise made impracticable by reason of any flood, riot, fire, judicial or governmental action, labor dispute, act of God, telecommunications failure or any other cause beyond the control of either party, that party shall be excused from such to the extent that it is prevented, hindered or delayed by such cause.

This Agreement, including any other agreements or additional terms referenced herein, constitutes the complete and exclusive statement of the Agreement between the parties with respect to the Web Site, Content, and products and services offered via the Web Site, and, unless otherwise expressly provided herein, it supersedes any and all prior or contemporaneous communications, representations, statements and understandings, whether oral or written, between the parties concerning the Web Site, Content, and products and services sold via the Web Site. The disclaimers, terms and conditions on these pages are of general application and may be supplemented by additional policies, procedures, disclaimers, guidelines, rules, terms or conditions of specific application disclosed on any particular page of this Web Site, through the registration process or contained in other express agreements entered into between you and BullyVille. In the event of an express conflict between these Terms of Service and any additional policies, procedures, disclaimers, guidelines, rules, terms or conditions of specific application or any separate agreement entered into between you and BullyVille, such additional policies, procedures, disclaimers, guidelines, rules, terms or conditions of specific application or separate agreement shall control to the extent of such conflict. If any provision of this Agreement is found unlawful or unenforceable in any respect, the court shall reform such provision so as to render it enforceable or, if it is not possible to reform such provision so as to make it enforceable, then delete such

Web2PDF

provision. As so reformed or modified, the court shall fully enforce this Agreement. The provisions of this Agreement that by their content are intended to survive the expiration or termination of this Agreement, including, without limitation, provisions governing ownership and use of intellectual property, representations, disclaimers, warranties, liability, indemnification, governing law, jurisdiction, venue, remedies, rights after termination and interpretation of this Agreement, will survive the expiration or termination of this Agreement for their full statutory period.

The United Nations Convention on Contracts for the International Sale of Goods and the Uniform Computer Information Transactions Act shall not apply to this Agreement. BullyVille makes no representation that Content or other material or information on the Web Site is appropriate to or available in locations outside of the United States. You may not use the Web Site or export Content in violation of United States export laws, regulations or restrictions. If you access the Web Site from outside of the United States, you are responsible for compliance with all applicable laws.

Copyright and Copyright Notices

BullyVille respects the intellectual property of others, and we ask our users to do the same. If you believe that your work has been copied in a way that constitutes copyright infringement, please provide BullyVille's Copyright Agent the following information:an electronic or physical signature of the owner or person authorized to act on behalf of the owner of the copyright interest;a description of the copyrighted work that you claim has been infringed; a description of where the material that you claim is infringing is located on the Web Site sufficient to allow us to locate the allegedly infringing material; your address, telephone number, and email address; a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Please contact BullyVille's Copyright Agent for Notice of Claims of copyright infringement at: info@bullyville.com. Copyright owners and agents acknowledge that failure to comply with all of the requirements of the foregoing may result in an invalidity of the Digital Millennium Copyright Act notice. Counter-Notice. If you believe that the User Content that was removed (or to which access was disabled) is not infringing, or that you have authorization from the copyright owner, the copyright owner's agent, or pursuant to the law, to post and use the User Content, you may send a counter-notice containing the following information to the Copyright Agent: your physical or electronic signature; identification of the User Content that has been removed or to which access has been disabled and the location at which the User Content appeared before it was removed or disabled; a statement that you have a good faith belief that the User Content was removed or disabled as a result of mistake or a misidentification of the User Content; and your name, address, telephone number, and e-mail address, a statement that you consent to the jurisdiction of the federal court in New Castle County, Delaware, and a statement that you will accept service of process from the person who provided notification of the alleged infringement.

If a counter-notice is received by the Copyright Agent, BullyVille may send a copy of the counter-notice to the original complaining party informing that person that it may replace the removed User Content or cease disabling it in 10 business days. Unless the copyright owner files an action seeking a court order against the person providing such User Content, the removed User Content may be replaced, or access to it restored, in 10 to 14 business days or more after receipt of the counter-notice, at BullyVille's sole discretion.



Copyright © 2014 BullyVille, Inc - A ViaView Corporation. All rights reserved. Patent Pending
Follow BullyVille



Chat: Enter

Web2PDF