# EXHIBIT THREE

## HTTPS://ENCYCLOPEDIADRAMATICA.ES/JOSEPH_CAMP

## (WWW.JOJOCAMP.COM)

63) Specific to Respondent with regards to domains Petitioner's comments about the domain www.jojocamp.com (above) which points to:



(See: *Respondent's Motion to Strike Pursuant to California Anti-SLAPP,* in <u>*Viaview, Inc. v. Joseph A. Camp*</u>, *Ventura, California, Supra, at Paragraph 63)*