# EXHBIT FOUR

# DEFENDANT'S CORPORATE COUNSEL

# JASON SCOTT LEIDERMAN PROMOTES

# WWW.JOJOCAMP.COM

# (HTTPS://ENCYCLOPEDIADRAMATICA.ES/JOSEPH_CAMP)

34)     However, to refute this accusation and to give this court some clarity as to why Respondent purchased the domains to begin with Respondent points to JayLeiderman's Twitter accounts specifically to the following comment from Jason Scott Liederman.


**Jay Leiderman** @JayLeidermanLaw  2h
Whomever registered JoJoCamp.com has assured me they will use it only for lawful, informational purposes. Coming soon, they say!
Expand

(See: *Respondent's Motion to Strike Pursuant to California Anti-SLAPP,* in <u>Viaview, Inc. v. Joseph A. Camp</u>, *Ventura, California, Supra at Paragraph 34*)