# EXHIBIT FIVE

## REVENGE PORN BY CHEATERVILLE.COM

**I think the only thing that wasnt a lie was her.**
Posted By: hockeyazz ✅
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
7/29/11 2:23 AM

Stories: 1 | Jump to Story:  1 ⬍
Views: 5,500,549 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ - ⬛⬛⬛⬛⬜ | 141,161 votes
Login to rate this story



... name. I moved to missouri to be with some family and was introd to her. she was my sisters bf so of course I thought i could trust her. She was dating the guy she lived so she would have a place to live, which i think was true and she said my sis knew and they both lied to me about that. Well my sis wasnt lying, steph was!! I then find out cuz of a txt on her phone, droid phone showed txt on main display, that she was f@cking a guy named zack. Oh and we had just moved in together and i was doing the laundry and found cum stains in her clothes, i always use protection so kinda not mine.. she has to be the stupidest cheater.... doesn lock her phone and puts her cumed clothes in with mine dirty clothes. So needless to say i axed her and found out that she is doing it again to another guy who is turning a blind eye.

---

**Dirty girl**
Posted By: Razorback ✅
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
3/16/11 4:34 PM

Stories: 1 | Jump to Story:  1 ⬍
Views: 5,466,811 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ - ⬛⬛⬛⬛⬜ | 141,101 votes
Login to rate this story

My good friend Kendall was with Brenda for 3 or 4 years but she cheated on him with 2 guys at the same time on spring break last year. They were some place down in Mexico because it was cheap since there was a drug war going on down there. He took her and like 6 other people in the group for like a 4 days of partying. About half way through the trip they were hanging out in the ocean where they had this stage in the water with a swim up floating bar so like a concert in the water. Kendall went to the swim up bar with a few guys to get the group beers and shots but when he came back Bren had a guy behind her grabbing her boobs and and cheering and a guy in front of her she was making out with. He grabbed the guy who was kissing her by the hair but he never got to hit him because it got broke up right away. She was plastered and he started yelling at her louder than the music calling her a slut and a bitch. He got so mad that him and 2 other guys checked into a different hotel and spent the rest of the trip trying to get him laid by some other girl to make him feel better. He never saw her again that trip because their cell phones didnt work down there but when he got to the airport they were on the same flight and it was ugly. When he walked by her on the plane he was shouting if anyone wants to be in the mile high club 26B will be happy to accommodate you. He kept pushing the call button during the flight and when the attendant came he would talk really loud so she can hear him and say i think 26B is bringing a deadly disease from mexico back to the US. She cheated on him in another country and he made sure everyone knew about it to make her life hell it was great.

**Neurotic sl*t, acts like 14 year old whore**
Posted By: faithful50
Relationship Type: Straight
Victim's Gender: Male
How

Stories: 1 | Jump to Story: [ 1 ]
Views: 5,034,876 | Email Story Anonymously
Meet Someone Better

10/13

Cha
Logi

This
She'
but I
Pure

... My name is Judith Bradshaw Smith . I am from Stanley NC This 27 year old began paying my husband attention at work through a mini chat phone among co-workers at a trucking company he drove for She was concerned he never paid her any attention like the other drivers did when they came in off the road so she decided she wasn't gonna have that so she started sending him messages while he was on the road and pictures of herself she even sent one of her boobs she just had to have his attention at what ever cost ..She ruined our lives he said he didn't love her he just liked the attention that and she was 15 yrs younger than him he was intrigued I forgave him but believe me he is paying for it I'm trying to learn to trust him again & give him the attention he must've been craving . As for her she told him she had slept with 5 of the truckers that worked for the company he claims there was never any sex I'm not so sure about that she is married to now. Sammy Jo Pasour & has 2 young children & has no shame in ruining the lives of others just because she needs attention to feel good about herself . She is not all that I am 51 years old & she cannot hold a candle to me she also only started paying him attention after seeing me at the terminal one day & telling my husband he "Had a Pretty Wife" he is 9 yrs younger than me but looks older than I am . She played a game with him that ruined our life next month will be a year I found out I printed pictures of her I found on his phone & made copies to send to her husband but cannot stand the thought of hurting this man I am very concerned with others feelings but I really think he should know what kind of woman is raising his children I mean lets face it he sleeps next to her every night thinking she isthe perfect little wife & mother but nothing could be further from the truth & I really think he deserves better

1

**Login to Comment / CheaterRant™**

Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (2) | Audio (0) | Video (0) |
| --- | --- | --- |





This is another pic & email I exchanged with her

still think she's all that ? a friend sent me this

**Georgina Bon**          Female | Tucson, AZ   |              **Cheater Details**

drinking at a bar
Posted By: Name ⊘
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: In Person - Bar
4/16/12 10:29 PM

**PROOF**

Cheater Meter™ · ⬛⬛⬛⬛   135,036 votes
Login to rate this story

Stories: 1 | Jump to Story:   1 ⏷
Views: 3,548,174 | Email Story Anonymously
Meet Someone Better

🖼 ♡ 📧 🔖   0

out drinking at some bar and she found my husband and when he was drunk out of his mind she asked him if he wanted to go out to her car for a breather, she offered him some lines of c*ke and then f*cked him in her car, what a wh*re, then once the wife found out she placed a harassment charge on the wife. WTF here is a wh*re that want to get f*cked but in return she f*cked both the man and his wife. She works at Cashbox jewelry & pawn shop in tucson, az

Login to Comment / CheaterRant™             Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (1) | Audio (0) | Video (0) |



georgina bon

**Comments**

Posted By: FaerieGirl | 9/14/12 2:33 PM
I sure hope you have posted your wonderful husband (sarcasm) on here as well. He IS the one that cheated on you, not her.

Login to reply | Report



| | |
|---|---|
| **Name:** | Georgina Bon |
| **Age:** | 52 |
| **Sexual Preference:** | Bisexual |
| **Country:** | 🇺🇸 |
| **Location:** | Tucson, AZ |
| **Gender:** | Female |
| **Zodiac Sign:** | N/A |
| **Maiden Name:** | N/A |
| **Relationship Status:** | N/A |
| **Profession:** | Other |
| **Education level:** | High school |
| **CheaterVersity™:** | N/A |
| **Found Cheating On:** | Grindr |
| **Ethnicity:** | Bi-racial or Mixed |
| **Hair Color:** | Brown |
| **Eye Color:** | Brown |
| **Height:** | 5 ft 4 in |

**Gaynelle Glenn**  |  Female | Killeen, TX

**Cheater Details**

Homewrecker
Posted By: greasexaampeone
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
11/22/12  2:52 AM

Stories: 1 | Jump to Story: 1
Views: 2,177,210 | Email Story Anonymously
Meet Someone Better

**CU** CheaterUniversity™: Central Texas College
Cheater Meter™ - ★★★★ , 93,004 votes
Login to rate this story

 0

Gaynelle is from Killeen, TX but lives somewhere in Georgia now. She is a gangbanger and goes both ways. She likes females too and will have threesomes. She works at a motel and does guys where she works. She drinks and smokes herbs. She likes married men, and thugs. If you got the money or the weed. Gaynelle is yours! She wears different weave and different color contacts so don't let the pics confuse you!

Login to Comment / CheaterRant™          Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (0) | Audio (0) | Video (0) |

No proof images submitted yet.

**Comments**

Posted By: relationactor7777 | 5/03/13 3:19 PM

It always disappoints yet amazes me the number of women and men who blame and hate on "the other woman" or "the other man". Yes, affairs and cheating are heart-breaking, and for most couples, it's the loss of death.

It makes me cringe when I hear of the wife or girlfriend screaming at the other woman, blaming her, and asking how could she/he do that? Don't they have any respect? What normal person with morals would tempt a husband or wife? Though I understand the pain of being cheated on (I've been through it myself), and I can understand that in those moments of vulnerability and pain, that we want to lash out at the "other woman", it's actually got nothing to do with the other woman. There is no such thing as a home-wrecker simply because if a third party can enter the relationship bubble, then your relationship was weak to start off with. There is no such thing as a home-wrecker because if it was all based on another person tempting our partner, or entering our partner's proximity with bad intentions, then no relationship would ever work out, and we might as well never have an intimate relationship, and they would never be worth it, and we could all remain single.

Login to reply | Report





**Name:** Gaynelle Glenn
**Age:** 30
**Sexual Preference:** Bisexual
**Country:**
**Location:** Killeen, TX
**Gender:** Female
**Zodiac Sign:** N/A
**Maiden Name:** N/A
**Relationship Status:** In a relationship
**Profession:** Hospitality
**Education level:** Some college
**CheaterVersity™:** Central Texas College
**Found Cheating On:** Other
**Ethnicity:** Black or African American

**Crystal Ortiz**                                    Female | Tampa, FL

**Cheater Details**

A h*e in Tampa ⊘
Posted By: MaciInTampa ⊘
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
7/25/11 7:38 PM
Login to rate this story

Stories: 1 | Jump to Story: [ 1 ⇄ ]
Views: 5,498,681 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ - ⬛⬛⬛⬛ __ 141,324 votes        🔲🔲🔲🔲🔲 0

This smelly fat h*e has been cheating with every man she meets. Married or not. Just found out that she was messing around with my best friends husband and she thinks she got away with it, but little does she know that I know where her husband works and I will tell him. She doesn't deserve to be married. She is a cheating h*e and she will get caught. She works at Lexus in Tampa and she swears that she is the best looking women there. She flirts and gives herself to every man there and where ever she goes. Stay away from this h*e. She is a homewrecker and who knows what disease she has down below.

**Login to Comment / CheaterRant™**        Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (0) | Audio (0) | Video (0) |

No proof images submitted yet.

**Comments**
No comments yet.

**RemoveMy**
*Name Removal and Online
Reputation Management Services*

IS AN INTERNET POSTING

| | |
|---|---|
| **Name:** | Crystal Ortiz |
| **Age:** | 25 |
| **Sexual Preference:** | N/A |
| **Country:** | |
| **Location:** | Tampa, FL |
| **Gender:** | Female |
| **Zodiac Sign:** | N/A |
| **Maiden Name:** | Crystal Ortiz |
| **Relationship Status:** | Married |
| **Profession:** | Other |
| **Education level:** | N/A |
| **CheaterVersity™:** | N/A |
| **Found Cheating On:** | Other |
| **Ethnicity:** | Hispanic or Latino |
| **Hair Color:** | Brown |
| **Eye Color:** | Brown |

**anne fandle**        **Female | Las Vegas, NV**

run run run
Posted By: marcus
Relationship Type: Straight
Victim's Gender: Male
How / Whore Cheater Met Victim: Other
5/31/11 2:26 PM

Stories: 1 | Jump to Story: [ 1 ⇕ ]
Views: 5,499,611 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ · ☒☒☒☒☒ ; 141,324 votes
Login to rate this story



she thinks it is funny that she has more than one boyfriend that she uses to pay for everything she wants she will have dinner with one boyfriend and then go out to a movie the same night with another one and she has done this tons of times with tons of guys she never just has one man never ever if you see her and want to hook up with her you have to buy her anything she wants and share her sexually with the entire valley of las vegas she has no morals and loves that she can put on her sweet little girl act and trick guys into thinking they have a chance with her she is just a user and a abuser and if you are involved with her i feel sorry for you because she doesnt care about you dont fall for her you will just be cheated on and you will waste your time and money she works at *********** so if you want to try to use her for some a$$ thats where you can find her but im warning you not to start a relationship just buy her a meal and you can get into her pants but i dont know how clean it is down there(if you know what i mean) watch out vegas!

Login to Subscribe | Report

[ Login to Comment / CheaterRant™ ]

**Proof of Cheater's Actions**

| Images (0) | Audio (0) | Video (0) |

No proof images submitted yet.

**Comments**

Posted By: FR$KEMALL | 6/01/11 7:13 PM
See can i get her number? I have cash

Login to reply | Report

---

**Cheater Details**

Name:            anne fandle
Age:             25
Sexual Preference:  N/A
Country:        
Location:        Las Vegas, NV
Gender:          Female
Zodiac Sign:      N/A
Maiden Name:     N/A
Relationship Status:  Single
Profession:       Other
Education level:    N/A
CheaterVersity™:  N/A
Found Cheating On:  Other
Ethnicity:        White or Caucasian
Hair Color:       Brown

## Wendy Wescott — Female | White Lake, MI

**The REAL Wendy Wescott**
Posted By: Mrs. H
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
10/28/11 3:11 PM

Stories: 1 | Jump to Story: [ 1 ]
Views: 323,996 | Email Story Anonymously
Meet Someone Better

  0

Cheater Meter™ · 106,024 votes
Login to rate this story

Just a warning to all the FarmVille lovers out there  there is a MARRIED woman real name WENDY WESCOTT, aka BRENDA REDDING, AND CREATIVELY GnidderednerB. She is a Facebook warrior  Wives keep your husbands off FarmVille. I almost lost the love of my life to this lying skank.
She is married, she is trying to find a man with money, she is leaving her ill husband behind and 2 children to hop a plane to wherever YOU are, bag and baggage. SO BEWARE!!!!!
I have spent a year of misery over this woman. Sadly I cannot post a picture of her because they were all from a child porn site. So watch yourself out there pics are loaded with viruses had to have new hard drive put in my computer and still have another down....

IF ANYONE HAS TALKED TO THIS WOMAN PLEASE CONTACT ME. AGAIN HER NAME IS WENDY WESCOTT or BRENDA REDDING or GnidderednerB, she lives at ****** Street, White Lake, Michigan 48386 Phone # (248) ****** and she works at Detroit *********** making a whopping $10 an hour.

**Login to Comment / CheaterRant™**

Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (0) | Audio (0) | Video (0) |

No proof images submitted yet.

### Cheater Details

NO PHOTO

| | |
|---|---|
| Name: | Wendy Wescott |
| Age: | N/A |
| Sexual Preference: | N/A |
| Country: | |
| Location: | White Lake, MI |
| Gender: | Female |
| Zodiac Sign: | N/A |
| Maiden Name: | N/A |
| Relationship Status: | N/A |
| Profession: | Other |
| Education level: | N/A |
| CheaterVersity™: | N/A |

---

## Amanda Lijo — Female | Corona, NY

**Loves ******
Posted By: AnaxD
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Through Friends
4/23/13 4:29 PM
PROOF

Stories: 1 | Jump to Story: [ 1 ]
Views: 1,228,944 | Email Story Anonymously
Meet Someone Better

  0

Cheater Meter™ · 63,697 votes
Login to rate this story

I am best friends with Amanda, I call her panda. I recently found out that she has been lying to me about her whereabouts. I have discovered that she is into witch craft. About a year about she hooked up with a guy that lives on our block. He is married for many years and has a young child with his wife. I didn't fool bad that she was hooking up with him because I was hooking up with his friend as well. It was good that we could hang out together. I found out that she actually went somewhere to do some witch craft against his wife so she can *** in a car accident. She had me find out what her car plates are and her cell phone number as well as her address. I feel bad about it now that's why I decided to put her on this website. She had a crush on him for years but because he was married nothing happened until 2 years later when he was most vulnerable. Before she would go to the movies with him trying to find an opportunity to sleep with him. She thinks she is better than everyone, whenever she likes a guy she does witchcraft against them so they can fall for her. She used to have sex with him in his car. She was well aware he was married, his wife was in the house hanging out a couple of days before she finally got to sleep with him. This is not the only time she has done this. She has a boyfriend and doesn't stop cheating on her because she loves sex so much. One of the reasons she joined the national guards was because its a higher male ration then women. She loves to experience all types of men, she doesn't care about who she hurts along the way. When she sees this she will probably hate me, but she is super secretive with me and shes my best friend, so if she stops being my friend then I will get over it.

**Login to Comment / CheaterRant™**

Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (1) | Audio (0) | Video (0) |



Married man ****ing
smoke in his mouth.

### Cheater Details

| | |
|---|---|
| Name: | Amanda Lijo |
| Age: | 22 |
| Sexual Preference: | Bisexual |
| Country: | |
| Location: | Corona, NY |
| Gender: | Female |
| Zodiac Sign: | Libra |
| Maiden Name: | Amanda Lijo |
| Relationship Status: | In a relationship |
| Profession: | Military |
| Education level: | High school |
| CheaterVersity™: | N/A |
| Found Cheating On: | Other |
| Ethnicity: | Hispanic or Latino |

**Shondra Deherrera**     Female | Rocky Ford, CO   | **Cheater Details**

C'm Dumpster
Posted By: shondracut
Relationship Type: Lesbian
Victim's Gender: Female
How I Whore Cheater Mat Victim: Through Friends
2/25/12 8:27 PM

Stories: 5 | Jump to Story: [ 5 ]
Views: 3,841,051 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ - ★★★★ 141,324 votes
Login to rate this story

For you women out there most the reason great men turn gay or ruined for relationships. This c'm dumpster goes around flaunting her T!s in every guys face until she can take them home to and b!w them. She goes around acting all innocent trying to keep everything a secret but b!t*h you dirty laundry is out. She chases after married men, men already in relationships and if you tell her there is a guy you like she will f*ck him too. SHe has to be the center of attention and have the guys buy her drinks or flirt with her. This b!t*h was even s!tting up on a really nice guy that a girlfriend of mine was trying to start something meaningful with named Anthony that lives in Denver. I even met this one really good looking guy in Pueblo named Zachary and apparently she had already f*cked him too. This b!t*h has 2 kids already, leaves them at home so she can get f*cked and then comes back like nothing happens. I know if I had kids they would be my priority not f*cking guys. Its a shame that children in this world have to have s!*ts for mothers. Her father must not have been in her life or was over around because we girls know that that if you have a real father you would always want to make him proud. She is the reason men treat women like sh*t. Goes around f*cks them and drops them, as long as she can get off thats all that matters. But hey if you think you got it flaunt it right, wrong she thinks shes got it and she f*ckes everything instead. WHo does this b!t*h think she is. Oh yeah I have what I have to say about this man eater but apparently she already has her reputation going for her in pueblo as well. I know the about her and the Deherrera woman. All of them are cheating s!*ts. Her mother cheated on her father too, probably why her dad isnt aroun. No wonder she grow up to be a s!*t all she had was her mom to look up to and show her what it means to f*ck your life over. How bout you get a b!t*h and pay attention to your kids instead of going around looking for a new baby daddy. You obviously f*cked that one up too. Spread your legs whore you live and quit destroying other peoples lives. I just found out alot recently but this is a long time coming. I bet her baby daddy is a male s!*t too, has obviously not in the picture. He probably just wanted. She probably doesnt even know who the dad is. This b!t*h needs to stay the f*ck home. C'M DUMPSTER is her name

[ Login to Comment / CheaterRant!™ ]     Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (0) | Audio (0) | Video (0) |

No proof images submitted yet.

| Name: | Shondra Deherrera |
| Age: | N/A |
| Sexual Preference: | N/A |
| Country: | |
| Location: | Rocky Ford, CO |
| Gender: | Female |
| Zodiac Sign: | N/A |
| Maiden Name: | N/A |
| Relationship Status: | N/A |
| Profession: | Other |
| Education level: | N/A |
| CheaterVorsity™: | N/A |
| Found Cheating On: | Other |
| Ethnicity: | N/A |
| Hair Color: | N/A |
| Eye Color: | N/A |

---

**Jessica Johnston**     Female | Richmond, BC   | **Cheater Details**

C'm Dumpster
Posted By: Cheatereyer
Relationship Type: Straight
Victim's Gender: Male
How I Whore Cheater Mat Victim: In Person - Other
6/12/13 9:02 PM

Stories: 1 | Jump to Story: [ 1 ]
Views: 3,283,411 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ - ★★★★ 130,377 votes
Login to rate this story

Jessica Johnston, an ***** infested wh!re from Richmond British Columbia Vancouver BC & RCMP Forensic Scientist

Jessica is basically an ***** infested wh!re from Cowichan valley, living in Richmond British Columbia.

She is a pathological liar, do not trust anything that she says. Even when it's in her best interest to tell the truth, she will still lie. She is the most manipulative and dishonest sh*t you will ever meet.

> She gets really wasted and has unprotected sex with random dudes she hooks up with at bars in the Richmond, BC area.

She claims to have numerous one night stands and promiscuous sex with Bikers, Rig Pigs and Pilots!

After these hook ups, she will lie to you about how she has had recent *** tests, but will cleverly hide the results of her ***** tests

> She is basically a promiscuous wh!re She's had unprotected sex with dozens and dozens of men over the years

She is always in denial about her promiscuous behavior, because she will get drunk, drive to whatever with some random dude, have sex with him, and later when she's sober she will regret all the hundreds of c*cks she's sucked that weekend and will claim she's "not promiscuous"

Sorry Jessica, but just saying you're "not promiscuous" doesn't make it true You will have to do better than wishful thinking to prove that your Vagina isn't the c'm dumpster that hundreds of men ejaculated

> Jessica is also GPatar and has to get randomly locked up at the Richmond BC Psychiatric ward when she gets too drunk and whines it up at random bars and nightclubs

Here is a tip Jessica. Instead of going to the bar and having 8-10 drinks a night (She believes this is moderate drinking and not alcoholism) you should take better care of your children, unless you want them to turn out to become professional alcoholic f*ck ups like you

She's also a snitch for the *** and will rat you out and try to coax information out of you to report you to the ***

She claims she's not a snitch but has ratted many people out to the ***

Jessica told me once "I'm not drinking this week"

And I replied "But Jessica, you've always been an alcoholic wh!re, whats changed now?"

And she got a little upset

The truth hurts promiscuous pathological lying wh!re



| Name: | Jessica Johnston |
| Age: | 47 |
| Sexual Preference: | Straight |
| Country: | |
| Location: | Richmond, BC |
| Relationship Status: | |
| Profession: | Other |
| Education level: | N/A |
| CheaterVorsity™: | N/A |
| Found Cheating On: | Other |
| Ethnicity: | White or Caucasian |
| Hair Color: | Brown |
| Eye Color: | Green |
| Height: | 5 ft 8 in |

## Salina Enriquez

**Male | Las Vegas, NV**

### Cheater Details



**Las Vegas C**n Dumpster**
Posted By: joe ⊘
Relationship Type: Straight
Victim's Gender: Female
How / Where Cheater Met Victim: Other
4/22/11 8:47 AM

Stories: 1 | Jump to Story: [ 1 ⬍ ]
Views: 5,471,961 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ : ⊗⊗⊗⊗ : 141,327 votes
Login to rate this story

Most girls in Vegas that sleep with the amount of men that Salina does are either strippers or escorts. Salina is neither as she doesn't charge and she doesn't like to use protection. Currently married with an infant she has slowed down a bit but she slowed down for a little while after she had her first kid at 16. Her poor husband has had to put up with sooooo much in the short amount of time they have been together. He already attempted suicide once Salina got pregnant right about the time they started dating and ended up getting an ****** (she has had a few) because she didn't know who the father was. It was MOST likely Wayne ******, a married man who Salina had been sleeping with for about six months. When Wayne got fired from his job as security where Salina works Salina started dating and then married the guy that was hired to replace him. The sickest thing about it is Wayne and her now husband Rob are now friends. I hope that isn't Wayne's baby Rob is raising!!!

To all of the women out there. If you find out your husband is talking to Salina get yourself tested! This dirty slut w0 sleep with your man anywhere at anytime!!!

**Login to Comment / CheaterRant™**

Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (0) | Audio (0) | Video (0) |

No proof images submitted yet.

**Comments**

Posted By: maryann ⊘ | 4/23/11 2:11 PM
who ever set up this whole thing about me is a PSYCHO crazy stalker and has been doing for months. they want my husband so bad and its pathetic, who ever this is please come say all this to my face and quit cyber stalking me u look like a loser, and fyi none of the shit u have said so far is anywhere near true get ur facts straight psycho bitch

Login to reply | Report

Posted By: trjb | 6/19/12 3:39 PM
Gotta write I believe you didn't cheat no one would be that sloshed with beer glasses to bang your ugly ass anyway so good news no cheating bad news your busted ha ha

Login to reply | Report

| Name: | Salina Enriquez |
| Age: | 30 |
| Sexual Preference: | N/A |
| Country: | |
| Location: | Las Vegas, NV |
| Gender: | Male |
| Zodiac Sign: | N/A |
| Maiden Name: | Solis |
| Relationship Status: | Married |
| Profession: | Other |
| Education level: | N/A |
| CheaterVersity™: | N/A |
| Found Cheating On: | Other |
| Ethnicity: | Hispanic or Latino |
| Hair Color: | Brown |
| Eye Color: | Brown |
| Height: | 5 ft 8 in |
| Weight: | 160 |
| Tattoos: | Yes |

**Britney Cooper** | Female | Saskatoon, SK

a**t con artist c\*ck wh\*re bag
Posted By: Broomcloset
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
2/17/12 9:21 AM

Stories: 1 | Jump to Story: 1
Views: 3,914,511 | Email Story Anonymously
Meet Someone Better 

Cheater Meter™ - ▨▨▨▨▨ 141,324 votes                    0
Login to rate this story

Dont be fooled by her fake act she puts on this b\*tch loves the d\*ck oven when it doesnt belong to her Great at being the sweet friend that you are glad to have but its all an act to get closer to your husband so she can try and seduce him rubbing her t\*ts and ass all over them but cant find her own man She is a known cheater in these parts but frequents the lower 50 and screws married man at business conferences I know her whole act she gets the married mens numbers and starts sending pictures of herself in the bathroom mirror and when they start asking for certain poses she obliges happily and tells them to come get a look at the live version and if they bite she starts draining their bank accounts claiming she is a poor little girl paying off student loans She is fine until you dont want to pay her bills anymore then she threatens to call the wife unless you prove you really care about her and fork over the cash She has already broke up 3 marriages that I know of and there are plenty of guys out there too afraid their wife will find out so she is making out like a bandit having all expense paid for by maybe YOUR husband

[ Login to Comment / CheaterRant™ ]                    Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (0) | Audio (0) | Video (0) |

No proof images submitted yet.

**Comments**

Posted By: SpaceyLove ⊘ | 2/17/12 6:03 PM
There is a saying, "You Have to Pay to Play". Sadly some are willing to gamble the very thing they claim to love the most...(their Family) for the game. The love and respect for and of your family should not be an afterthought but a forethought. You get what you pay for... She's laughing all the way to the bank.
                                                                Login to reply | Report

Posted By: Jackaprst | 2/19/12 6:33 AM
Put down the hamburger, get yourself in shape and maybe she couldnt steal your husband.
                                                                Login to reply | Report

Posted By: VampyreMeLz ⊘ | 2/19/12 10:01 AM
How do you know that she is fat? Did you see a picture? And big girls need loving too.
                                                                Login to reply | Report

**Cheater Details**



| | |
|---|---|
| Name: | Britney Cooper |
| Age: | 29 |
| Sexual Preference: | N/A |
| Country: | |
| Location: | Saskatoon, SK |
| Gender: | Female |
| Zodiac Sign: | N/A |
| Maiden Name: | N/A |
| Relationship Status: | N/A |
| Profession: | Other |
| Education level: | N/A |
| CheaterVersity™: | N/A |
| Found Cheating On: | Other |
| Ethnicity: | N/A |
| Hair Color: | N/A |
| Eye Color: | N/A |
| Height: | N/A |
| Weight: | N/A |
| Tattoos: | No |

## Pamela Christine Smith — Female | Mississauga, ON

**Professional Predator of Men**
Posted by: Tristann
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
2/22/12 1:29 PM

Stories: 1 | Jump to Story: [ 1 ]
Views: 3,882,040 | Email Story Anonymously
Meet Someone Better

  0

Cheater Meter™ · ★★★★☆ ... 141,325 votes
Login to rate this story

Before I met her, she would willingly have affairs with Married Men who had, or had money. She would sleep with them and become pregnant. She would then threaten to inform their wives unless they agreed to pay her "a nominal service charge." At which time, she would then go and have an abortion. She was successful 6 times. Yes, that's right, she had six abortions! Physically unable to continue that scam so, she turned to the internet to find future victims. Unfortunately, I was him.

Obviously I didn't know any of this when I met her. I only found out after I married her and moved myself, and everything I owned to Mississauga, ON.

Within 6 weeks of us being married, I went to her place of employment to bring her lunch as she had called me at home and told me that she was so swamped that she would be unable to meet me for our planned lunch together. As I was pulling into the parking lot, she was pulling into another males car and driving away. I came to find that he was married as well.

There's wayyyy more to share of this horror tale.. so be sure to check back for the added details as I find myself able to relive them to share.

**Login to Comment / CheaterRant™**                         Login to Subscribe | Report

### Proof of Cheater's Actions

[ Images (0) ]   Audio (0)   Video (0)

No proof images submitted yet.

### Comments

Posted By: Tristann · 2/25/12 9:18 AM
Here is her website where she plays her "Spiritual" BS to give the impression that she is all that is good and real.... LOL what a sl*t!
http://crystalsecret.com/crystalblog/

Login to reply | Report

Posted By: Anonymous555 | 3/01/12 9:33 PM
Man, seems to me like you got dumped and went all f*ckin physcho and immature. Alot of 1 sided bizsh*t mixed with a whole lot of jealousy I can't help but notice. Seems like you need help. On a side note, she's hot..I'd f*ck that and I bet I'd treat it better than you ;

### Cheater Details

  

| | |
|---|---|
| Name: | Pamela Christine Smith |
| Age: | 50 |
| Sexual Preference: | Bisexual |
| Country: | 🇨🇦 |
| Location: | Mississauga, ON |
| Gender: | Female |
| Zodiac Sign: | N/A |
| Relationship Status: | Divorced |
| Profession: | Medical |
| Education level: | Associate degree |
| CheaterVersity™: | N/A |
| Found Cheating On: | Other |
| Ethnicity: | White or Caucasian |
| Hair Color: | Blond |
| Eye Color: | N/A |
| Height: | 5 ft 5 in |

---

## Molly Romero — Female | San Diego, CA

**Groupie B*tch**
Posted by: PussInMouth
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
3/15/12 3:43 PM

Stories: 1 | Jump to Story: [ 1 ]
Views: 3,743,197 | Email Story Anonymously
Meet Someone Better

**CU** CheaterUniversity™: San Diego State University

Cheater Meter™ · ★★★★☆ ... 141,096 votes
Login to rate this story

   0

Ever been to a concert and you see the sl*tty girl that will do anything to get backstage yeah this is that girl. The one everyone makes fun of because she thinks she won a prize by getting rammed by an entire band. Did I mention she has a boyfriend? I'm sorry I got ahead of myself. She is very much in a relationship with a man that will go nameless because he doesn't deserve to be forever linked to this c*m dumpster. She still thinks she can become a member of a band by playing the skin flute.Everyone on campus have seen her t*ts and ass because she pulls them out at every party when she feels anyone is paying attention to anyone but her.On the other hand she wouldn't be such a bad girlfriend if you were a really big fan of a band because if you wanted to meet them she would just go suck on their c*cks and hook you up.Awesome!!! God this chick is a straight up wh*re all jokes aside just pretend you play an instrument and use her then lose her.

**Login to Comment / CheaterRant™**                         Login to Subscribe | Report

### Proof of Cheater's Actions

[ Images (0) ]   Audio (0)   Video (0)

No proof images submitted yet.

### Comments

Posted By: Rawr2012 | 3/15/12 6:41 PM
C*m dumpster? Ewwwwwwwwww..... (banging head on desk to remove the visual)..

Login to reply | Report

Posted By: VernonHowell | 3/16/12 8:11 AM
who cares? she's hot. Now shut up.

Login to reply | Report

Posted By: Dash26 | 10/20/13 3:03 AM
She's young and probably too young to be committed. I don't agree with her antics, but I don't think she's like a serial cheater either. She's just trying to have fun in her own stupid way.

### Cheater Details



| | |
|---|---|
| Name: | Molly Romero |
| Age: | 23 |
| Sexual Preference: | Bisexual |
| Country: | 🇺🇸 |
| Location: | San Diego, CA |
| Gender: | Female |
| Zodiac Sign: | N/A |
| Maiden Name: | N/A |
| Relationship Status: | In a relationship |
| Profession: | Student |
| Education level: | Some college |
| CheaterVersity™: | San Diego State University |
| Found Cheating On: | Other |
| Ethnicity: | White or Caucasian |
| Hair Color: | Blond |
| Eye Color: | Blue |
| Height: | N/A |



**KASSANDRA MEYER** — Female | Minneapolis, MN — Cheater Details

Can't make a ho a housewife
Posted By: loofyh3realm
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: In Person - Other
12/04/11 7:56 AM

Stories: 1 | Jump to Story: 1
Views: 5,007,719 | Email Story Anonymously
Most Someone Better

Cheater Meter™ -    140,744 votes
Login to rate this story

so I have been with this man for over 3 years and we have a beautiful baby girl together about a year ago he changed his phone number and wouldn't give me this new number so I did some investigating and turns out this new number was linked to some escort ads on craigslist and city pages (local paper) for this dirty nasty ho b**** named KASSANDRA MEYER and it said "I,LL PLEASE YOU ONCE, PLEASE YOU TWICE COME SPEND A NIGHT IN PARADISE." I gets worse, he has an apartment that he shares with her which has not with me. so obviously they are sleeping together and god knows what else. she knows about me and our daughter and has a child of her own that someone else is raising for her. I have over heard conversations between them about the drugs she gets for prostituting herself. she is uneducated, out of shape, UGLY inside and out and treats him like shit. but for some reason he wont leave her alone and be the man that my daughter and I deserve. I guess money is that powerful for some people. once he realizes what he is giving up for this disgusting whore he will regret it. AND TO KASSANDRA, I HOPE YOUR WHOLE FAMILY SEES THIS SO THEY KNOW YOU ARE A DISGUSTING WHORE AND YOUR KIDS SEE IT TOO, AND WHAT GOES AROUND COMES AROUND I HOPE YOU GET RAPED AND BEAT BY ONE OF YOUR TRICKS AND END UP IN JAIL WHERE PROSTITUTES BELONG.  YOU ARE DISGUSTING!!!!!

Login to Comment / CheaterRant™        Login to Subscribe | Report

Proof of Cheater's A
Images (0)      Video (0)

No p

Name:              KASSANDRA MEYER
Age:               27
Sexual Preference: N/A
Country:
Location:          Minneapolis, MN
Gender:            Female
Zodiac Sign:       Taurus
Maiden Name:       KASSANDRA MEYER
Relationship Status: N/A
Profession:        Adult Entertainment
Education level:   N/A

---

**Tabby/ Tabetha Briggs** — Female | Fort Worth, TX — Cheater Details

Neurotic sl*t, acts like 14 year old whore
Posted By: fachfu50
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
10/13/11 12:19 PM

Stories: 1 | Jump to Story: 1
Views: 5,027,622 | Email Story Anonymously
Most Someone Better

Cheater Meter™ -    139,147 votes
Login to rate this story

This girl is the trashiest sl*t around. She cheats on everyone she dates, and lost her virginity at 12 years old! She's also a neurotic hypocritical needy bitch, that hooks up with her friend's boyfriends and exes. She's dating a guy now, but has cheated on him repeatedly and is supposedly in love with another guy.
Pure trash.

Login to Comment / CheaterRant™        Login to Subscribe | Report

Proof of Cheater's Actions
Images (0)   Audio (0)   Video (0)

No proof images submitted yet.

Comments
Posted By: KrDizzy | 5/27/12 3:24 PM
Losing one's virginity at 12, is not ammo to call them a wh*re. HOWEVER, this picture makes me want to pop her in the face.

Login to reply | Report

Name:              Tabby/ Tabetha Briggs
Age:               22
Sexual Preference: N/A
Country:
Location:          Fort Worth, TX
Gender:            Female
Zodiac Sign:       N/A
Maiden Name:       N/A
Relationship Status: In a relationship
Profession:        Other
Education level:   Less than high school

**Stephanie Rose**      Female | Ozark, MO

**I think the only thing that wasnt a lie was her.**
Posted By: hockeyjazz
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
7/29/11 2:23 AM

Cheater Meter™ -       139,057 votes
Login to rate this story

Stories: 1 | Jump to Story: [ 1 ]
Views: 5,485,940 | Email Story Anonymously
Meet Someone Better

1

...name. **I moved to missouri to be with some** family and was introd to her. she was my sisters bf so of course i thought i could trust her. She was dating the guy she lived so she would have a place to live, which i think was true and she said my sis knew and they both lied to me about that. Well my sis wasnt lying. staph was!! I then find out cuz of a txt on her phone, droid phone showed txt on main display, that she was f@cking a guy named zack. Oh and we had just moved in together and i was doing the laundry and found cum stains in her clothes, i always use protection so funds not mine.. she has to be the stupidest cheater... doesn't lock her phone and puts her cumed clothes in with mine dirty clothes. So needless to say i axed her and found out that she is doing it again to another guy who is turning a blind eye.

Again Stephanie Rose from carson city nevada and lives in springfield missouri worked at Lowes in ozark. oh and has a really smelly used up pu$sy...

Login to Subscribe | Report

**Login to Comment / CheaterRant™**

**Proof of Cheater's Actions**

| Images (0) | Audio (0) | Video (0) |

No proof images submitted yet.

### Cheater Details

**Name:**    Stephanie Rose
**Age:**    30
**Sexual Preference:** N/A
**Country:**
**Location:**    Ozark, MO
**Gender:**    Female
**Zodiac Sign:**    N/A
**Maiden Name:**    N/A
**Relationship Status:** Single

---

**Rachel Anderson**      Female | Nanuet, NY

**S-L-*-T**
Posted By: xXxEtown
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
1/21/12 7:26 PM

Cheater Meter™ -       139,487 votes
Login to rate this story

Stories: 1 | Jump to Story: [ 1 ]
Views: 4,217,420 | Email Story Anonymously
Meet Someone Better

0

**She goes** by Rachel [ ] or Riley [ ]...college dropout, sh*t work ethic..lazy, unmotivated...and oh yeah, a wh*ro. **She** doesn't discriminate, chicks, d*cks...she's down for whatever. **She** slept around during our relationship...should have known better. You can put lipstick on a pig but it's still a PIG...

**She** looooooooooooooooves taking sk*nky pics of herself and sending them out to her entire contact list...

Login to Subscribe | Report

**Login to Comment / CheaterRant™**

**Proof of Cheater's Actions**

| Images (3) | Audio (0) | Video (0) |

nasty    ..    tits

### Cheater Details

**Name:**    Rachel Anderson
**Age:**    24
**Sexual Preference:** N/A
**Country:**
**Location:**    Nanuet, NY
**Gender:**    Female
**Zodiac Sign:**    Capricorn
**Maiden Name:**    N/A
**Relationship Status:** Single

**Nikki Pasour**       Female | Lincolnton, NC    |    **Cheater Details**

**This sl*t ruined a 20 year marriage**
Posted By: ssocrazy52
Relationship Type: Lesbian
Victim's Gender: Female
How / Where Cheater Met Victim: In Person - Other
3/05/12 11:43 AM

Stories: 1 | Jump to Story: [ 1 ▼ ]
Views: 3,660,946 | Email Story Anonymously
Most Someone Better

   0

Cheater Meter™ -       140,172 votes
Login to rate this story

.. **My name is Judith Bradshaw Smith** . I am from Stanley NC This 27 year old began paying my husband attention at work through a mini chat phone among co-workers at a trucking company he drove for She was concerned he never paid her any attention like the other drivers did when they came in off the road so she decided she wasn't gonna have that so she started sending him messages while he was on the road and pictures of herself she even sent one of her boobs she just had to have his attention at what ever cost ..She ruined our lives he said he didn't love her he just liked the attention that and she was 15 yrs younger than him he was intrigued I forgave him but believe me he is paying for it I'm trying to learn to trust him again & give him the attention he must've been craving . As for her she told him she had slept with 5 of the truckers that worked for the company he claims there was never any sex I'm not so sure about that she is married to Sammy Jo Pasour & has 2 young children & has no shame in ruining the lives of others just because she needs attention to feel good about herself . She is not all that I am 51 years old & she cannot hold a candle to me she also only started paying him attention after seeing me at the terminal one day & telling my husband he "Had a Pretty Wife" he is 9 yrs younger than me but looks older than I am . She played a game with him that ruined our life next month will be a year I found out I printed pictures of her I found on his phone & made copies to send to her husband but cannot stand the thought of hurting this man I am very concerned with others feelings but I really think he should know what kind of woman is raising his children I mean lets face it he sleeps next to her every night thinking she is the perfect little wife & mother but nothing could be further from the truth & I really think he deserves better

Login to Comment / CheaterRant™      Login to Subscribe | Report

**Name:** Nikki Pasour
**Age:** 30
**Sexual Preference:** Bisexual
**Country:**
**Location:** Lincolnton, NC

---

**Rikki Vermillion**      Female | Van Wert, OH    |    **Cheater Details**

**FAST FOOD SLUT!!!!!!!**
Posted By: knowwhatyoudid
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
3/31/11 6:20 AM

Stories: 1 | Jump to Story: [ 1 ▼ ]
Views: 5,468,978 | Email Story Anonymously
Most Someone Better

   0

Cheater Meter™ - ★★★★☆  141,310 votes
Login to rate this story

Oh man, what a whore. engaged to a decent guy and has 3 kids with him!
I saw her in the parking lot of where she works doing some dicktation with someone who isn't her intended! CHEATER CHEATER!!!
DON'T YA LOVE HER PHOTO? SHE LOOKS JUST LIKE A PLAYBOY CENTERFOLD! (ew spew gag me  she's the cold sore queen!!)
see her at Taco Bell!

Login to Comment / CheaterRant™      Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (0) | Audio (0) | Video (0) |
| --- | --- | --- |

No proof images submitted yet.



**Name:** Rikki Vermillion
**Age:** 28
**Sexual Preference:** N/A
**Country:**
**Location:** Van Wert, OH
**Gender:** Female
**Zodiac Sign:** N/A

**Tamra Cregut** | Female | Proctorville, OH 🔄 | **Cheater Details**

**Home Wrecking Wh*re**
Posted By: Zooyselley ✓
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
6/18/11 5:24 PM

Stories: 1 | Jump to Story: 1 
Views: 5,500,310 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ - ◆◆◆◆ ... 141,311 votes
Login to rate this story

This tramp seduced the married delivery driver by offering him blow jobs while he was delivering to her work. She would actually get inside of his truck while he was inside her work dropping off packages & wait for him. When he would return to his truck and ask her to get out she would physically pull his pants down & give him head. Being the horny jerk that he was at the time, he found it difficult to tell her no. Why do men find it so hard to stay faithful when a nasty hoe is around? He tried to break it off with her numerous times but she wouldn't accept this. He had to change his phone number AND his route at work so he no longer had to stop at her job. To make matters worse this whore had a live in boyfriend of 8 years that she claimed to love so much!
When confronted by Mr. Delivery Driver's wife this slut tried to play the victim! She acted as if she was completely innocent in all of this. She then went on to tell the wife a whole bunch of lies about things that had happened in order to get the wife to leave the husband. But the wife got to the bottom of things and in the end had the last laugh.
Watch out for this tramp! She will sleep with your boyfriend or husband if given the chance no matter who she claims to "love" at the time. She prefers men who are taken. She has no self-esteem and blowing random guys seems to give her the ego boost she's looking for, I guess. She's the type of girl that a guy will use and pass on to his friends. She can't find a husband of her own because the men that sleep with her find her very annoying. Mr Delivery Driver said she acted like a high school kid trying to be something she wasn't, very fake, she talked way too much, was so dumb she wasn't able to follow simple instructions & she had hygiene issues. He said he tried to get away from her many times but she was the worse stray animal you feed once & it keeps coming back. He said he was the WORST mistake he ever made. So if you see her.. RUN!!!!

Login to Comment / CheaterRant™     Login to Subscribe | Report

**Proof of Cheater's Actions**



| | |
|---|---|
| **Name:** | Tamra Cregut |
| **Age:** | 30 |
| **Sexual Preference:** | N/A |
| **Country:** | 🇺🇸 |
| **Location:** | Proctorville, OH |
| **Gender:** | Female |
| **Zodiac Sign:** | N/A |
| **Maiden Name:** | Mayes |
| **Relationship Status:** | Single |

---

**Shanel Schneider** | Female | Orlando, FL 🔄 | **Cheater Details**

**User slut, pretends to just dance to get through s**
Posted By: Bknabled ✓
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
6/07/11 9:53 PM
**PROOF**

Stories: 1 | Jump to Story: 1 
Views: 5,500,411 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ - ◆◆◆◆ ... 141,311 votes
Login to rate this story

This thing had a two year affair with my husband while leading him on to believe she was interested in him. She used him for whatever she could get. She knew he was married but didn't stop. She cheated on her boyfriend, Courtney with him, got pregnant twice (not with my husband) and killed both children because it wasn't convenient for her and she already has one daughter. Stay away from this loser slut. She says she is going to be a dentist but the fact is, she will be hugging the pole for the rest of her life.

Login to Comment / CheaterRant™     Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (1) | Audio (0) | Video (0) |
|---|---|---|



**Comments**

| | |
|---|---|
| **Name:** | Shanel Schneider |
| **Age:** | 28 |
| **Sexual Preference:** | N/A |
| **Country:** | 🇺🇸 |
| **Location:** | Orlando, FL |
| **Gender:** | Female |
| **Zodiac Sign:** | N/A |
| **Relationship Status:** | Single |
| **Profession:** | Other |
| **Education level:** | N/A |
| **CheaterVersity™:** | N/A |
| **Found Cheating On:** | Other |
| **Ethnicity:** | African |

**shella carty**         Female | London, ON

**Cheater Details**



## BIGGEST SLUT IN LONDON!!!

Posted By: juce
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
8/05/11 10:36 AM

Stories: 1 | Jump to Story: [ 1 ]
Views: 5,472,989 | Email Story Anonymously

Meet Someone Better

Cheater Meter™ - ★★★★_ , 141,311 votes     0
Login to rate this story

This girl is the biggest slut i have ever seen in london!!!!, So first off she is with this guy and plays head games like there is no tomorrow!,and well this guy is busting his a$s making money she is out sleepn around with someone els!!!,going out drinkin and spending the night at this other guys house!!! Well her so called boyfriend is at there house!!! well she leaves this other man for the person she is sleeping around for the other man moves out of there house and goes on living his life...so we though...now she is suppost to be happy with this new man..she uses him for his money!!!!! to pay her bills that the other man had left her with!!!!...well everyone thinks everything is going good she turns back in to the drunk slut she is!!!! now well this other man is siting at home!!she is teling him she is gong places infact she aint going to the places she says and has been cought with the man she left for the other guy morea then once!!!!!!!!! THIS GIRL IS NOTHING BUT A DRUNK SLUT!!!!! STAY AWAY FROM HER CHEATTING ASS!!!

**Login to Comment / CheaterRant™**      Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (0) | Audio (0) | Video (0) |

No proof images submitted yet.

**Comments**

Posted By: JODEEE | 8/05/11 2:55 PM
yes just another nasty CANUCK

       Login to reply | Report

Posted By: Pink ✪ | 2/03/12 2:04 PM
probably still screwing the pig d ho can get d up

       Login to reply | Report

| | |
|---|---|
| Name: | shella carty |
| Age: | 42 |
| Sexual Preference: | N/A |
| Country: | 🇨🇦 |
| Location: | London, ON |
| Gender: | Female |
| Zodiac Sign: | N/A |
| Maiden Name: | CARTY |
| Relationship Status: | Single |
| Profession: | Other |
| Education level: | N/A |
| CheaterVersity™: | N/A |
| Found Cheating On: | Other |
| Ethnicity: | White or Caucasian |
| CheaterVersity™: | N/A |
| Found Cheating On: | Other |
| Ethnicity: | White or Caucasian |

## Nikki Mckeenhan — Female | Leavenworth, KS

### Cheater Details

**Cheat on Army Husband... and She Keeps on going...**
Posted By: jmezza23
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
6/23/11 3:10 AM

Stories: 1 | Jump to Story: [ 1 ]
Views: 5,500,650 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ · ▢▢▢▢ ... 141,311 votes
Login to rate this story

   0

While still married to an army boy... as he deployed she cheated on him then led to him to get him back, while with him in the same house she started "washing the dog" which became her nightly cheating scheme. She Got pregnant and came after the Army boy for money for the baby (not-being his) then her and her family stole 20 grand from him and she left. He has spent over 3 thousand on her to divorce this chick but she keeps saying she never gets the papers. She cheated on the Baby daddy with her new toy an Army M.P. (military policeman) She goes from one guy to the next getting preggo and taking money Watch out for this girl she has gonorrhea (not Joking) and is taking names and their money and still wont sign divorce papers... Slut yes I think so!!!!

[Login to Comment / CheaterRant™]          Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (0) | Audio (0) | Video (0) |

No proof images submitted yet.

**Comments**

Posted By: t0rriesh0ss ✔ | 6/25/11 3:54 AM
Ewww...and she's N...A...S...T...Y!!! I can just imagine what kind of high standard (gteg) men are taking this one to bed. Any bitch that wl cheat on her army or any military hubby is a skank unworthy of him. go troll the gutters sweety. You should find more of your type down there, and under the bridges.

Login to reply | Report

Posted By: taohunny | 7/25/11 7:21 PM
Is she trying to be a blow fish or something??!! its pretty sad that she takes advantage of the men that go over seas to represent their country while she's at home whoring around and spreading who knows what!!! 23 years old and she's already that much of a slut? WOW!! SAD SAD!

Login to reply | Report



| | |
|---|---|
| **Name:** | Nikki Mckeenhan |
| **Age:** | 26 |
| **Sexual Preference:** | N/A |
| **Country:** | 🇺🇸 |
| **Location:** | Leavenworth, KS |
| **Gender:** | Female |
| **Zodiac Sign:** | N/A |
| **Maiden Name:** | mckeenhan |
| **Relationship Status:** | Separated |
| **Profession:** | Other |
| **Education level:** | N/A |
| **CheaterVersity™:** | N/A |
| **Found Cheating On:** | Other |
| **Ethnicity:** | White or Caucasian |
| **Hair Color:** | Blond |
| **Eye Color:** | Blue |
| **Height:** | 5 ft 2 in |

## christine gamer — Female | Cuyahoga Falls, OH

### Cheater Details

**Christine is a slut**
Posted By: Nigua ✔
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Through Friends
9/07/11 8:34 PM

Stories: 1 | Jump to Story: [ 1 ]
Views: 5,264,907 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ · ▢▢▢▢ ... 141,311 votes
Login to rate this story

   0

I will remain unnamed, she is a terrible person and a complete slut will lie and deny it and it's a joke. I've caught her in the act, found pictures and many other horrible things. I hope to god that you ask around about her before EVER even approaching her. She's fat now anyway. Slutbag... Ball & Chain

[Login to Comment / CheaterRant™]          Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (0) | Audio (0) | Video (0) |

No proof images submitted yet.

**Comments**

Posted By: girlgirl ✔ | 9/09/11 5:52 PM
she's very cute and I hope she can find Jesus some day.

Login to reply | Report



| | |
|---|---|
| **Name:** | christine gamer |
| **Age:** | 24 |
| **Sexual Preference:** | N/A |
| **Country:** | 🇺🇸 |
| **Location:** | Cuyahoga Falls, OH |
| **Gender:** | Female |
| **Zodiac Sign:** | Libra ♎ |
| **Maiden Name:** | Gamer |
| **Relationship Status:** | In a relationship |
| **Profession:** | Adult Entertainment |

## Tammy/Miss Piggy Roark — Female | Greentown, IN

### Cheater Details

**Husband Busted Sh*t with her LOVER**
Posted By: cheater-expert
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: In Person - Bar
10/25/11 12:03 AM
**CheaterUniversity™:** IVY TECH STATE COLLEGE - KOKOMO - Health Sciences

Stories: 1 | Jump to Story: 1
Views: 4,970,919 | Email Story Anonymously
Meet Someone Better



Cheater Meter™ - ▮▮▮▮ , 141,311 votes
Login to rate this story

Tammy's sick husband just got sick of being stuck at home day after day, night after night with their kids and decided to finally go check things out!! To his surprise, he found his WIFE (The slut to the right) in her under garments rubbing the man to the right (NOT HER HUSBAND)neck and kissing on him. The happy couple were finally caught. But the saga continues... A nine month after and the slut tells her husband "Oh this is the first time this has happened, I was drunk" Are you kidding right now? This SL*T is a Nurse for Advantage Home Care and I wonder if they know how there employee handles herself outside of work. Oops AND WHILE ON THE CLOCK!!! She's something else people, a real piece of work!!! I know Jerry "personally" and talk to him daily, and he tells me "She won't go away man, so what do I do?". I say, "Well Jerry, you can't make a whore into a house wife" Advised him to get a puppy, but it looks like he got him a full grown DOG! lol look at that bit*hes face!! Jerry? wtf are thinking??? I told you that bitch is f- ugly!! You laugh, but you know it's true!! Dude you have to be desperate as a mother-fu*ker!!!

Login to Subscribe | Report

[ Login to Comment / CheaterRant™ ]

**Proof of Cheater's Actions**

| Images (0) | Audio (0) | Video (0) |

No proof images submitted yet.

**Comments**

Posted By: Crystal_825 | 10/27/11 6:14 PM
I don't know why you make fun of just her looks, because the guy is no prize either...

Login to reply | Report



| | |
|---|---|
| **Name:** | Tammy/Miss Piggy Roark |
| **Age:** | 44 |
| **Sexual Preference:** | N/A |
| **Country:** | 🇺🇸 |
| **Location:** | Greentown, IN |
| **Gender:** | Female |
| **Zodiac Sign:** | Capricorn ♑ |
| **Maiden Name:** | Osbourne |
| **Relationship Status:** | Married |
| **Profession:** | Medical |
| **Education level:** | Other |

---

## Dianne Smith — Female | Las Animas, CO

### Cheater Details

**Cheapest Whore in a city of cheap whores**
Posted By: Jinxter669
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
3/03/11 10:30 PM

Stories: 1 | Jump to Story: 1
Views: 5,468,861 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ - ▮▮▮▮ , 141,317 votes
Login to rate this story

Dianne and I were engaged in late 2008. She artifically manufactured a fight, then stayed mad at me for 2 weeks.

By the time we reconciled, she had secretly hooked up with some fat, diabetic-ridden loser whom she had dated before she met me. She thought she cold date both of us at the same time.

She called me to come over early one morning, to complete our reunification (after the fight), whereupon we had some great sex.

Later that evening, I dropped on by, but I saw his vehicle in her driveway. I was incensed!!!! I entered her house (wo were engaged, after all, and she had given me the code to open the garage door, so I could access the house), and here is Dough-Boy, sitting on the couch with her, making time, and acting very guilty

She became furious (that I had discovered her dishonesty), and that was the last time that I ever talked to her.

She and the Loser got engaged themselves 4 DAYS LATER She had to pay for her own engagement ring, he was too cheap, and too broke to buy it himself They eventually ended up getting married, but reports tell me that they are not at all happy...and he is still an unemployed, Diabetic Deadbeat.

They call themselves Mormons, and are supposed to have the highest character, but her lying and sneaking around and immoral behavior state otherwise.

Login to Subscribe | Report

[ Login to Comment / CheaterRant™ ]



| | |
|---|---|
| **Name:** | Dianne Smith |
| **Age:** | 58 |
| **Sexual Preference:** | N/A |
| **Country:** | |
| **Location:** | Las Animas, CO |
| **Gender:** | Female |
| **Zodiac Sign:** | N/A |
| **Maiden Name:** | Lancaster |
| **Relationship Status:** | Married |
| **Profession:** | Other |
| **Education level:** | N/A |

## Lori Willett — Female | Oromocto, NB

**Slut disguised as a soldier.**
Posted By: 4-arms
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
5/18/11 5:01 PM

Stories: 1 | Jump to Story: 
Views: 5,391,071 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ - ☐☐☐☐   141,317 votes
Login to rate this story

She will befriend you ladies with the intent to sleep with your husband  Yes, she acts sweet, kind, and fun but she is none of those things.
You would never suspect her to be a bed hopping whore who gets her thrills with married men.
Men in uniform who work with Lori if your married she doesn't care, she thrives on it. Men, if your single and she is not, no worries she is easy
Lori has no regard for anyone but herself

**Login to Comment / CheaterRant™**

Login to Subscribe | Report

### Proof of Cheater's Actions

| Images (0) | Audio (0) | Video (0) | |

No proof images submitted yet.

### Comments

Posted By: johnredcorn ⊘ | 2/24/12 2:57 AM
I take it she screwed your husband like a $2 whore, and now he can't forget her.

Login to reply | Report

### Cheater Details



**Name:** Lori Willett
**Age:** N/A
**Sexual Preference:** N/A
**Country:** 🇨🇦
**Location:** Oromocto, NB
**Gender:** Female
**Zodiac Sign:** N/A
**Maiden Name:** N/A
**Relationship Status:** N/A
**Profession:** Other

## Monique Bellegarrigue — Female | San Leandro, CA

**Shamoo the c*nt / re-post**
Posted By: noore209
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Phone Chat Line
12/14/11 6:23 AM

Stories: 1 | Jump to Story: 
Views: 4,664,129 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ - ☐☐☐☐   141,319 votes
Login to rate this story

She meet this guy on the a phone chat line at the same time as she was talking about getting married 2 her current boyfriend. She asked her best friend if she could do 3 ways on the phone so that she could talk 2 this guy she met w/o her current boyfriend knowing what was going on. All 4 of them when 2 the store 2gether & they were making out while her best friends took her current boyfriend 2 go got a bag of his favorite chips. oh by the way her current boy friend at that time was blind  Monique also wanted her best friends 2 take her by her ex-boyfriends house & her babies daddies house to see them because she said she still loved them. While they were planning the wedding she wanted 2 hook up with some guys that her best friend knew. Her best friend found out that she was pregnant and her & her husband always was talking about having kids but when her best-friend was told that Monique was pregnant she Monique had told her that she didn't want the baby. So her best friend now at that point that it was not her husbands baby. She was always wanting her best friend 2 take her to clubs 2 meet guys. Monique wanted her best friend 2 have code words on the phone so that her man would not know that we was talking about other guys. one time when her best friends can out 2 visit her just thinking that she wanted 2 spend time with her and instead they went to a fast food place & they went inside 2 eat. Her bff told her that she didn't have any money but Monique said she got it this time when they went there they started eating and Monique said her stomach was hurting and didn't want 2 eat. Monique said she would b right back. Monique' bff and her bf was waiting for ever for her 2 come back. Her best friend told her bf that she wanted 2 go see how Monique was doing. Her best friend went outside 2 fine her kissing another guy behind the building.She said that the guy that was inside was not her man. If you ever come across her watch out she may have a ***.

**Login to Comment / CheaterRant™**

Login to Subscribe | Report

### Proof of Cheater's Actions

| Images (0) | Audio (0) | Video (0) | |

No proof images submitted yet.

### Cheater Details




**Name:** Monique Bellegarrigue
**Age:** 24
**Sexual Preference:** N/A
**Country:** 🇺🇸
**Location:** San Leandro, CA
**Gender:** Female
**Zodiac Sign:** Sagittarius ♐
**Maiden Name:** Williams
**Relationship Status:** Married

## Monique Belagalecka — Female | San Leandro, CA

**Dirty Fat C*nt**
Posted By: nova209
Relationship Type: Straight
Victim's Gender: Male
12/03/11 4:12 AM

Stories: 1 | Jump to Story: [ 1 ]
Views: 4,730,373 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ · ★★★★ _ 141,319 votes
Login to rate this story

   0

She meet this guy on a phone chat line at the same time as she was talking about getting married to her current boyfriend. She asked her best friend if she could do three ways on the phone so that she could talk to this guy she met with out her current boyfriend knowing what was going on. All four of them when to the store together and they were making out while her friends took he current boyfriend to go get a bag of his favorite chips. oh by the way her current boy friend at that time was blind. but this guy that she is cheating on with wasn't the only guy that she was talking about. Monique also wanted her best friends to take her by her ex-boyfriends house and her babies daddies house to see them because she said she still loved them. Her best friends was always the one going in-between Monique and her affairs and he current boyfriend. Her and her current boyfriend just got married and while they were planning the wedding she wanted to hook up with some guys that her best friend new. Her best friend found out that she was pregnant and her and her husband always was talking about having kids but when her best-friend was told that Monique was pregnant she Monique had told her that she didn't want the baby. So her best friend now at that point that it was not her husbands baby. She was always wanting her best friend to talk her to clubs to meet guys.

**Login to Comment / CheaterRant™**

Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (0) | Audio (0) | Video (0) |

No proof images yet.

---

### Cheater Details

   

| | |
|---|---|
| **Name:** | Monique Belagalecka |
| **Age:** | 24 |
| **Sexual Preference:** | N/A |
| **Country:** | |
| **Location:** | San Leandro, CA |
| **Gender:** | Female |

---

## Emma Cosentino — Female | Ottawa, ON

**B!tch ass c*nt that will take you..**
Posted By: btichformight
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
6/11/11 8:59 PM

Stories: 1 | Jump to Story: [ 1 ]
Views: 5,433,984 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ · ★★★★ _ 141,319 votes
Login to rate this story

   0

for a ride. This b!tch will make it seem like she cares about you and wants you in her and her childrens lives  when really all she wants is your money and a free ride. She is well known for sleeping with her ex bf slave and has relationships with men far away and in her areas. So look out men . if this b!tch tries to get with you. watch her cell phone holds many secrets

**Login to Comment / CheaterRant™**

Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (0) | Audio (0) | Video (0) |

No proof images yet.

**Comments**

Posted By: JODDEE | 6/11/11 9:11 PM
she looks fat anyway

---

### Cheater Details



| | |
|---|---|
| **Name:** | Emma Cosentino |
| **Age:** | N/A |
| **Sexual Preference:** | N/A |
| **Country:** | |
| **Location:** | Ottawa, ON |
| **Gender:** | Female |
| **Zodiac Sign:** | N/A |
| **Maiden Name:** | N/A |
| **Relationship Status:** | N/A |

## Chelsy Morton — Female | Twentynine Palms, CA

**Sh!tty a$$ c*nt b!tch**
Posted By: Curtourtor
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Through Friends
11/29/11 1:11 PM
**PROOF**

Stories: 1 | Jump to Story: 1 
Views: 4,755,407 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ · ☒☒☒☒☒ · 141,319 votes
Login to rate this story

Shes a smoking drinking manno wife that ponds off her daughter for the night to go party at a random place and go f*ck every single guy in the marine corps, also f*cks every guy she walks across and back home in fort Myers, Florida. Her nasty smelly vagina is so loose it sags to the ground and she has every ****** known and unknown to man. She needs to be c*nt punted!!!

**Login to Comment / CheaterRant™**

Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (1) | Audio (0) | Video (0) |



wears glasses a lot to help her nose look smaller

**Comments**

### Cheater Details

| | |
|---|---|
| **Name:** | Chelsy Morton |
| **Age:** | 24 |
| **Sexual Preference:** | N/A |
| **Country:** | 🇺🇸 |
| **Location:** | Twentynine Palms, CA |
| **Gender:** | Female |
| **Zodiac Sign:** | N/A |
| **Maiden Name:** | Pierce |
| **Relationship Status:** | Married |
| **Profession:** | Other |
| **Education level:** | Less than high school |
| **CheaterVersity™:** | N/A |
| **Found Cheating On:** | Other |
| **Ethnicity:** | White or Caucasian |

---

## Laura Bateman — Female | Horseheads, NY

**A TRUE BLUE DRUGGIE WH*RE**
Posted By: laughter
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
12/03/11 1:37 PM

Stories: 1 | Jump to Story: 1 
Views: 4,729,553 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ · ☒☒☒☒☒ · 141,319 votes
Login to rate this story

THIS C*NT will fu*k anything for drug money, she will beg anyone for drug money..unfit mother, who'e, sl*t, scumbag, trailer trash. this bw*t shows her blubber on cam for drug money. this wh*re will do anything for a f*x. its lost its kids due to being a who*e and a bzzy ass. the c*nt wouldnt even get her fat fu*king ass up to get the kids off to school. proof is in the writing. this cu*t continually proves shes a wh*rebag

**Login to Comment / CheaterRant™**

Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (0) | Audio (0) | Video (0) |

No proof images submitted yet.

**Comments**

Posted By: jackaprst | 12/03/11 10:28 AM
I detect some degree of hostility in your writing. Tell us what you really think about her.

Login to reply | Report

Posted By: laughter | 12/06/11 12:01 PM
bet your booty. as a druggie had the nerve to ask her ex for drug money and its currently in a relationship with bobby boy wainwright this twat is a big looooser slutbag.

Login to reply | Report

### Cheater Details



| | |
|---|---|
| **Name:** | Laura Bateman |
| **Age:** | 36 |
| **Sexual Preference:** | N/A |
| **Country:** | 🇺🇸 |
| **Location:** | Horseheads, NY |
| **Gender:** | Female |
| **Zodiac Sign:** | N/A |
| **Maiden Name:** | bateman |
| **Relationship Status:** | In a relationship |
| **Profession:** | Other |
| **Education level:** | Less than high school |
| **CheaterVersity™:** | N/A |
| **Found Cheating On:** | Craigslist.org |

**Taylor Bundgaard**                                    Female | Denver, CO

**Cheater Details**

Cheating wh*re who has so many problems, shes not worth
anyones time
Posted By: bongobord10
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
4/16/12 7:17 PM
[PROOF]

Stories: 1 | Jump to Story: 1
Views: 3,531,391 | Email Story Anonymously
Meet Someone Better

0

Cheater Meter™ · ▣▣▣▣ _ 134,463 votes
Login to rate this story

She visited me in my hometown, where I took care of her and we were going to try and live together, half way through
her visit she started acting all fakey and started to figure out a way to go home which was fine, but then I find out after 5
years of talking to her and finally going out with her that she has a boyfriend.

This f*cking c*nt deserves this and I hope she burns for it
Save your self the head ache and treat her like the fake c*nt she is

Login to Comment / CheaterRant™                     Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (1) | Audio (0) | Video (0) |



wh*re

**Comments**

Posted By: Wizdom ✔ | 4/20/12 1:26 AM
she even got a profile here http://geo.gl/taAyu

Login to reply | Report



| | |
|---|---|
| **Name:** | Taylor Bundgaard |
| **Age:** | 21 |
| **Sexual Preference:** | Bisexual |
| **Country:** | 🇺🇸 |
| **Location:** | Denver, CO |
| **Gender:** | Female |
| **Zodiac Sign:** | Aries ♈ |
| **Maiden Name:** | N/A |
| **Relationship Status:** | In a relationship |
| **Profession:** | Adult Entertainment |
| **Education level:** | Less than high school |
| **CheaterVersity™:** | N/A |
| **Found Cheating On:** | Other |
| **Ethnicity:** | White or Caucasian |
| **Hair Color:** | Brown |
| **Eye Color:** | Green |
| **Height:** | 5 ft 5 in |

**Shawna Kurutz**                                    **Female | Adrian, MI**

**Cheater Details**

Don't let the pretty face fool you, imma sh*t!
Posted By: bubbles2
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Through Friends
11/07/11 9:54 PM

Stories: 1 | Jump to Story: [ 1 ]
Views: 4,886,445 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ · ⭐⭐⭐⭐ ... 141,321 votes
Login to rate this story

0

This girl used to be my best friend until she dated the guy that I liked. She is nothing but a whore and lies about everything. She has told so many lies about how she's pregnant by my ex boyfriend and his friends. She is the most hated person in Adrian, Michigan. She doesn't know how to treat her friends or her boyfriends. She talks sh!t about everyone and thinks she can get away with it. She cheats on every guy she is with. She is now pregnant by my best friends brother. She opens her legs to any guy she sees. She is not so innocent.

**Login to Comment / CheaterRant™**                    Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (0) | Audio (0) | Video (0) |

No proof images submitted yet.

**Comments**

Posted By: mmbraman ✪ | 11/08/11 3:19 PM
glad to see that we can spread the word about the wh*res and men wh*res in this town. I wish we could get rid of them all. Thanks for the heads up.

Login to reply | Report



| | |
|---|---|
| **Name:** | Shawna Kurutz |
| **Age:** | 21 |
| **Sexual Preference:** | N/A |
| **Country:** | |
| **Location:** | Adrian, MI |
| **Gender:** | Female |
| **Zodiac Sign:** | N/A |
| **Maiden Name:** | N/A |
| **Relationship Status:** | In a relationship |
| **Profession:** | Student |
| **Education level:** | High school |

RemoveMy

**Melinda Ryan**      Female | Colorado Springs, CO 

**Cheater Details**



**Don't Worry I Won't Tell Your Wife.......**
Posted By: MinnaBanano
Relationship Type: Straight
Victim's Gender: Male
How I Where Cheater Met Victim: In Person - Other
7/12/13 6:40 PM
**PROOF**

Stories: 1 | Jump to Story: [ 1 ]
Views: 726,558 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ - ★★★★ ¡ 48,408 votes
Login to rate this story

This pathetic excuse for a woman throws herself at married men. Thinks it is fun deceiving and plotting with them to not tell their wives. The ***** carries around her *** report in her purse and has to get quarterly retests, nasty! She also does not believe in birth control and just ab*rts all the babies she gets impregnated with. Sorry the picture is so far away, she is so nasty that is how she takes all her pictures I guess and her Facebook ***** profile is Minna Banano (this must be her stripper name)? Notice she has to hang on to a giant ***** shaped object at all times. She can't really in the adult entertainment industry just think that is her dream!

[ Login to Comment / CheaterRant™ ]      Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (2) | Audio (0) | Video (0) |



Retarded FB Stalker...      2013 Now Stalking as a Man!

**Comments**

Posted by: ISRIrcare | 8/04/13 5:31 PM
Ha ha ha! LOL! I knew this loose female would have a profile on here! I was an intern in the HR department where she worked. She had the ***kest folder in the filing cabinet and everybody knew she was the company slam piece. Oh the phone calls/emails we received! Lol.

On some HR paper work we got our hands on said she was demoted and given a pay cut for "gross sexual misconduct". The company did this hoping it would give her cause to seek other employment because dept. transfers didn't help. Many complaints from other employees including misuse of company email, ****'s and drinking during lunch breaks, she was seen giving oral sex in the company parking lots,

**Name:** Melinda Ryan
**Age:** 33
**Sexual Preference:** Straight
**Country:** 🇺🇸
**Location:** Colorado Springs, CO
**Gender:** Female
**Zodiac Sign:** Aquarius ♒
**Relationship Status:** Single
**Profession:** Adult Entertainment
**Education level:** Less than high school
**CheaterVersity™:** N/A
**Found Cheating On:** Other
**Ethnicity:** Hispanic or Latino
**Hair Color:** Brown
**Eye Color:** Brown

**christina mooring**                                    Female | Torrance, CA

**Cheater Details**



**This old lady should know better**
Posted By: HopelessWifeof2
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: In Person - Club
12/09/13 2:35 AM

Stories: 1 | Jump to Story:  1 
Views: 135,465 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ -  ⬛⬛⬛⬛  ; 19,813 votes
Login to rate this story

this chick is in a long term relationship with another an but is sleeping with my husband. i found her number on his phone while ho was napping with the kids. shes even supposdbly pregnant right now. she some how got my number by obviously stocking me on fb and has been harassing me through text. she clearly needs jesus! me and lance have two young children together but this old lady still continuously contacts and ****s my husband. its bad enough hes trying to move in with another chick.

Login to Subscribe | Report

[ Login to Comment / CheaterRant™ ]

**Proof of Cheater's Actions**

| Images (0) | Audio (0) | Video (0) |

No proof images submitted yet.

**Comments**

Posted By: jadedchristian ● | 12/12/13 5:51 AM
Has the husband been posted here as well?? I agree she is what she is.....however, it takes two.....isnt that the point of this
Login to reply | Report

Posted By: HopelessWifeof2 ● | 12/13/13 12:02 PM
you are more than right and yes look for lance keys
Login to reply | Report

Posted By: bethany1974 | 12/15/13 9:53 PM
I dont know if you are a believer in my mighty Christ pls read:
Ephesians 5:5
For you may be sure of this, that everyone who is sexually immoral or impure, or who is covetous (that is, an idolator), has no inheritance in the kingdom of Christ and God. Pray through this easter. Im going through almost similar problem with my fiance of 6 years. Ladies dont ever try to get a taken man to cheat. Cause if he does cheat on her for you, he'll cheat on you for another girl too. If you pride yourself in taking other women's men or being the other girl you are pathetic and in no way a woman aman
Login to reply | Report

  

| | |
|---|---|
| **Name:** | christina mooring |
| **Age:** | 41 |
| **Sexual Preference:** | Bisexual |
| **Country:** | |
| **Location:** | Torrance, CA |
| **Gender:** | Female |
| **Zodiac Sign:** | Cancer |
| **Maiden Name:** | N/A |
| **Relationship Status:** | Engaged |
| **Profession:** | Adult Entertainment |
| **Education level:** | Less than high school |
| **CheaterVeralty™:** | N/A |
| **Found Cheating On:** | Blackpeoplemeet.com |
| **Ethnicity:** | White or Caucasian |
| **Hair Color:** | Brown |

**Kim N**                                                    Female | Napa, CA

This wh*re is nasty!!!
Posted By: Go Gers
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim In Person - Bar
5/27/11 8:41 PM

Cheater Meter™ -  ★★★★  , 141,322 votes
Login to rate this story

Stories: 1 | Jump to Story: [ 1 ]
Views: 5,333,462 | Email Story Anonymously
Meet Someone Better

I come to find out this wh*re has been married twice, jumps from bed to bed, and doesn't take care of her kids. She would rather get some dick than worry about her kids. She is a stank nasty cum dumpster who spreads her herpes everywhere she goes.

Login to Comment / CheaterRant™                    Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (0) | Audio (0) | Video (0) |

No proof images submitted yet.

**Comments**
No comments yet

RemoveMy
Name Removal and Online
Reputation Management Services

REMOVE MY NAME

IS AN INTERNET POSTING

**Cheater Details**



| | |
|---|---|
| **Name:** | Kim N |
| **Age:** | 37 |
| **Sexual Preference:** | N/A |
| **Country:** | |
| **Location:** | Napa, CA |
| **Gender:** | Female |
| **Zodiac Sign:** | Aquarius |
| **Maiden Name:** | Nelson |
| **Relationship Status:** | In a relationship |
| **Profession:** | Other |
| **Education level:** | N/A |
| **CheaterVersity™:** | N/A |
| **Found Cheating On:** | Craigslist.org |
| **Ethnicity:** | White or Caucasian |

**Teesha Rempel**                                          Female | Port Coquitlam, BC

**Cheater Details**

**Be careful with Teesha**
Posted By: Youknowwhoxx
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Through Family
3/05/14 12:54 AM
PROOF

Stories: 1 | Jump to Story: [ 1 ]
Views: 22,523 | Email Story Anonymously
 Meet Someone Better

Cheater Meter™ · ★★★★     3,220 votes
Login to rate this story

0

Teesha thinks about only herself. She only cares what she can get from others. So she sleeps with anybody if it's beneficial. She cheated on her first cousin because she found another guy at her work who spoils her more than the cousin. Poor Walter, he is her new victim
Be careful with her, otherwise you'll be her next victim

Here's some informations about her,
- she loves smoking weed.
- she was in the "secret" relationship with her 30 yo first cousin for over one year.
- she was sleeping with the cousin when she was 17 and a high school student.
- she works at ***.
- she is an amazingly great liar.
- she has destroyed some people's life including her uncle and aunt.

[ Login to Comment / CheaterRant™ ]          Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (2) | Audio (0) | Video (0) |

          

She's always a great        At Grimston park
liar

| | |
|---|---|
| **Name:** | Teesha Rempel |
| **Age:** | 18 |
| **Sexual Preference:** | Straight |
| **Country:** |  |
| **Location:** | Port Coquitlam, BC |
| **Gender:** | Female |
| **Zodiac Sign:** | N/A |
| **Maiden Name:** | N/A |
| **Relationship Status:** | In a relationship |
| **Profession:** | Retail |
| **Education level:** | Less than high school |
| **CheaterVersity™:** | N/A |
| **Found Cheating On:** | Other |
| **Ethnicity:** | White or Caucasian |

**Gemma Jones**      Female | Belvedere, England

**Cheater Details**

**Prolific homewrecker**
Posted By: notahomewrecker ✪
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: Other
11/04/13 1:48 PM

Stories: 1 | Jump to Story: 1
Views: 179,172 | Email Story Anonymously
Meet Someone Better

  0

Cheater Meter™ • ★★★★ • 26,414 votes
Login to rate this story

This person is one of the most vile women around, she preys only on married men and has wrecked 4 families so far.

She works at ** and has been responsible for destroying families by hooking up in cheap trashy hotels with married men after work. She unfortunately has also a tendency to pass on *** as she refuses to use protection.

It has been confirmed that the father of her little girls is one of 3 married men she was messing with at the time. She is surrounded by trashy people who cover her tracks for her and her parents (who she lives with) babysit the little kid while she goes off hooking up with married men. She even introduces her child to the married men she hooks up with.

She has not had a single relationship with an unattached guy in the last 8 years and many managers at her workplace had to quit because of the effect it had on their family lives when they hooked up with her.

Her HR file has documented evidence of her conduct in it and she has lost the chance of a promotion after messing with a married man and his wife dealing her a generous dose of karma.

This girl is so repulsive she feeds false stories of having been ****d at 16 to get the men to keep sleeping with her despite her shocking inability to please men in bed.

It has been 100% confirmed that she was never ****d as a teenager. After further investigation is has also come to light that she has slept with 2 of her close friends partners and has now set her sights on another married man.

If your husband works anywhere near this piece of trash keep an eye on him she is vile but clever in her approach, to many people the fact that she is ugly and fat might give them a false sense of security but this leach has perfected her game so watch out.
One of the husbands involved wrote her a pretty graphic letter about how repulsed he was after sleeping with her. Shes simply not worth it.

**Login to Comment / CheaterRant™**

Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (0) | Audio (0) | Video (0) |

**Name:** Gemma Jones
**Age:** 30
**Sexual Preference:** Straight
**Country:** 🏴
**Location:** Belvedere, England
**Gender:** Female
**Zodiac Sign:** N/A
**Relationship Status:** Single
**Profession:** Retail
**Education level:** Less than high school
**CheaterVersity™:** N/A
**Found Cheating On:** Other
**Ethnicity:** White or Caucasian
**Hair Color:** Brown
**Eye Color:** Blue

---

**annemarie cappellino**      Female | Lindenhurst, NY

**Cheater Details**

**What a fat wh*re - BEWARE or catch what she has!!!**
Posted By: TRUTH4SOUTHERE2012 ✪
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: In Person - Bar
11/08/12 3:26 AM

Stories: 1 | Jump to Story: 1
Views: 2,204,324 | Email Story Anonymously
Meet Someone Better

  0

Cheater Meter™ • ★★★★ • 95,633 votes
Login to rate this story

This girl has no class or self respect!! She practically dry humps every guy as they are sitting at the bar in an attempt to "seduce" them. Basically thats because none of them will give her the time of day because theyve either already had her or know that she has more than one ***!!

Also, she works at an auto shop and was caught s*cking off the boss in one of the clients cars during a "break" This chick is so used and cred up. Just local bar trash and nothing more!!!

She doesnt care if someone is in a committed relationship... shes gonna try to scr*w em either way

**Login to Comment / CheaterRant™**

Login to Subscribe | Report

**Proof of Cheater's Actions**

| Images (0) | Audio (0) | Video (0) |

No proof images submitted yet.

**Comments**
No comments yet

**Name:** annemarie cappellino
**Age:** 37
**Sexual Preference:** Bisexual
**Country:** 🇺🇸
**Location:** Lindenhurst, NY
**Gender:** Female
**Zodiac Sign:** N/A
**Maiden Name:** N/A
**Relationship Status:** N/A
**Profession:** Other
**Education level:** N/A
**CheaterVersity™:** N/A

## Hollyann Jones — Female | Henderson, NV

**Stupid ***** ****ed My Husband**
Posted By: DeliahDice
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: In Person - Other
11/10/13 3:27 PM

Stories: 1 | Jump to Story: 
Views: 171,541 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ - ★★★★★ , 25,283 votes
Login to rate this story

0

So a short time ago I found out my husband was ****ing this *****. He used to work with her at ** and now she works at a bank or something. This dumb ***** has so much respect for herself that she was ****ing him in the parking lot of a bar around the corner from my home. To make things better... I got her boyfriend work a year ago because she came to my husband saying that her family was struggling and needed help no questions asked never met either of them... and now she wants to ***** my husband. What a dumb ***** I hope she *****s herself before her child has to live with the embarrassment of its ***** mother.

Login to Comment / CheaterRant™

Login to Subscribe | Report

### Proof of Cheater's Actions

| Images (0) | Audio (0) | Video (0) |

No proof images submitted yet.

### Comments

Posted By: whatsboutmeandyou ✓ | 11/12/13 3:15 PM
I can only hope you divorced your husband,but sounds like you didn't.You are an idiot. Post your cheating husband too!

Login to reply | Report

Posted By: DeliahDice | 11/12/13 3:52 PM
We are divorcing. Sounds like youre a ****.

Login to reply | Report

### Cheater Details



| | |
|---|---|
| **Name:** | Hollyann Jones |
| **Age:** | 26 |
| **Sexual Preference:** | Straight |
| **Country:** | 🇺🇸 |
| **Location:** | Henderson, NV |
| **Gender:** | Female |
| **Zodiac Sign:** | N/A |
| **Maiden Name:** | N/A |
| **Relationship Status:** | N/A |
| **Profession:** | Other |
| **Education level:** | N/A |
| **CheaterVersity™:** | N/A |
| **Found Cheating On:** | Other |
| **Ethnicity:** | N/A |
| **Hair Color:** | N/A |

---

## Lonna Ashworth — Female | Rancho Cucamonga, CA

**Lonna Ashworth Preys On Married Men To Have an Affair With!!!!!**
Posted By: Threatwoe411
Relationship Type: Straight
Victim's Gender: Male
How / Where Cheater Met Victim: In Person - Other
1/30/13 6:57 PM

Stories: 1 | Jump to Story: 
Views: 1,741,614 | Email Story Anonymously
Meet Someone Better

Cheater Meter™ - ★★★★★ , 79,660 votes
Login to rate this story

0

Lonna Ashworth is a married female with children and Preys on Married Men to have long or short term Affairs with. She works at ** in Rancho Cucamonga CA and uses her place of employment to meet Married Men. She is not shy about what she does and talks freely about her cheating ways, of course when her husband is not around. According to her Manager at 24hr Fitness she has been confronced multiple times by the wifes and girlfriends of the Men she is Cheating with. She is willing to do sexual acts in parking lots, in a car, hotels, at the Married mans house, pretty much anywhere except her own home where her husband and children are living. She has been cheating on her husband for the majority of her 14 yr marriage and is looking and willing to leave Her husband for another womans husband

For the Married women out there BEWARE because Lonna Ashworth has no problem having sex with your husband in your bed. I would hate for anyone else out there to be a Victim of this discusting Female with no Morals!!!!!

Login to Comment / CheaterRant™

Login to Subscribe | Report

### Proof of Cheater's Actions

| Images (0) | Audio (0) | Video (0) |

No proof images submitted yet.

### Comments

Posted By: Anonymous39 | 2/04/13 8:33 PM
My ex husband is the one dating lonna. She and I have become very good friends and treats my son like one of her own. I know the girl who wrote this. Her name is Michelle and she stole my husband away from me 5 yrs ago. She cannot let go. She is the one who is the paid escort on Craigslist. My ex husband told me that he would drive Michelle to her "customers". Everthing she said above about Lonna is a LIE!!!!! I think if I can get along with my ex-husbands girlfriend (Lonna) than that should say something about her. Came is going to take you in the ass Michelle if I never did anything like this to you and you ruined my life and my poor son's lifewho hates you. Shame on you *****. Whats the female with no morals!!!

Login to reply | Report

Posted By: K03338 | 2/15/13 2:17 PM
Surprisingly not surprised to see Lonna on here. As far as I know she is Married and Absolutely cheats on her Husband. This is pretty well known, maybe she has an open relationship with her husband.

Login to reply | Report

### Cheater Details



| | |
|---|---|
| **Name:** | Lonna Ashworth |
| **Age:** | 41 |
| **Sexual Preference:** | Bisexual |
| **Country:** | 🇺🇸 |
| **Location:** | Rancho Cucamonga, CA |
| **Gender:** | Female |
| **Zodiac Sign:** | N/A |
| **Maiden Name:** | Lonna Chrep Ashworth |
| **Relationship Status:** | Divorced |
| **Profession:** | Other |
| **Education level:** | High school |
| **CheaterVersity™:** | N/A |
| **Found Cheating On:** | Other |
| **Ethnicity:** | Asian |
| **Hair Color:** | Black |
| **Eye Color:** | Brown |
| **Height:** | N/A |
| **Weight:** | 135 |
| **Tattoos:** | No |