**EXHIBIT SIX**

**EXAMPLES OF BULLYVILLE HATE SPEECH**

.

 **Bullyville** @BullyVille                                          25 Oct
@BullyVille Due to the fact that underage girls have
been posted, I WILL NOT tweet the url. I am DMing it
to my hard hittin crew. #tangodown

Details                                                                          19 : 02

 **Bullyville** @BullyVille                                          25 Oct
Another revenge porn site owner, who has images of
naked girls as young as 15, is about to find out how
much of a ruthless prick I can be.

Details                                                                          18 : 50

 **Bullyville**
@BullyVille                                                      ·⟳ Follow

## When will people like @Michael_Crook learn?  When you stick your d*ck in the #anon hive it never.....ever ends well.

↩ Reply   ⟲ Retweet   ★ Favorite   ••• More

RETWEETS    FAVORITES
17          14                   

2:41 PM · 16 Mar 2013

 **Bullyville** · @BullyVille · 16 Mar 2013
@BullyVille @Michael_Crook And if @nazigods or @ChannelZeroYT come
after you, throw your computer out the window and move to another Country

Details                                  ↩ Reply   ⟲ Retweet   ★ Favorite   ••• More

 **Bullyville**
@BullyVille

 **Blocked**

# I don't get nearly enough credit for managing not to be a violent psychopath.

◀ Reply   ⭯ Retweet   ⭐ Favorite   ●●● More

**1,538**
RETWEETS

**148**
FAVORITES

      

11:07 AM - 22 Jul 2013

 **Bullyville** @BullyVille                    21h
In the next 48 hours I'm going to prove to my haters
that I'm fucking crazy. I want to eat you...while you
beg for mercy. Come at me bitch.

**Details**                                      18 : 15

**Bullyville** ⌐Bully Ville                                          Nov 12
Hey James Duffy @akathebomb guess how many of your
2,578 emails are to UNDERADGE GIRLS? Bet you I know, need
proof? pic twitter.com/O19ZP7vXGg



18                  23
RETWEETS            FAVORITES



12 57 PM - 12 Nov 2013   Details                              Flag media

⊟ Collapse                        ← Reply  ⇄ Retweet  ★ Favorite  ••• More

---

**Bullyville**                          ▲▾      **Blocked**
⌐BullyVille

Revenge is never pretty, nevertheless when
done meticulously, intelligently and
psychotically, it sure is a thing of beauty.

← Reply  ⇄ Retweet  ★ Favorite  ••• More

32                  42
RETWEETS            FAVORITES                      

11 19 AM - 24 Oct 2013

 **Bullyville**
@BullyVille

 **Blocked**

It's always more fun when they fight back.
Nothing brings out your inner narcissist like
a good war. All ready on the firing line.
#SemperFi

← Reply   ⇄ Retweet   ★ Favorite   ••• More

**14**          **15**
RETWEETS     FAVORITES

6 23 PM · 18 Sep 2013

**Bullyville**
@BullyVille

👤▾  |  Blocked  ⋮

The more we drink the more vulnerable your craptacular website becomes...ALLEGEDLY. I mean seriously EVERY port is open. #kisses #opsec

↩ Reply   ↨ Retweet   ★ Favorite   ••• More

**3**
RETWEETS

**11**
FAVORITES



9 34 PM · 30 Aug 2013

**Bullyville**
@BullyVille

▪ Follow

Don't take my silence for weakness. I'm just putting the final touches in place to completely and thoroughly destroy your life. #cryforme

↩ Reply   ↨ Retweet   ★ Favorite   ••• More

RETWEETS
**37**

FAVORITES
**42**



1 48 PM · 24 Aug 2013

 **Bullyville**
:: Bully Ville                                        -♣ Follow

# Don't take my silence for weakness. I'm just putting the final touches in place to completely and thoroughly destroy your life. #cryforme

↰ Reply   ⇄ Retweet   ★ Favorite   ••• More

RETWEETS   FAVORITES
37         42                      

1 48 PM · 24 Aug 2013

 **Bullyville**
:: BullyVille                                    ▲▾   Blocked

## I need to be brutally honest with you. I've never wanted to destroy someone's life as much as I want to thoroughly destroy yours.

↰ Reply   ⇄ Retweet   ★ Favorite   ••• More

217        128
RETWEETS   FAVORITES            

7 59 PM · 14 Aug 2013

 **Bullyville**
:: BullyVille                                    ▲▾   Blocked

## I need to be brutally honest with you. I've never wanted to destroy someone's life as much as I want to thoroughly destroy yours.

↰ Reply   ⇄ Retweet   ★ Favorite   ••• More

217        128
RETWEETS   FAVORITES            

7 59 PM · 14 Aug 2013



**Bullyville**
@BullyVille

👤▾   Blocked

I'm not the type of person who makes veiled threats just to scare you. I plot my revenge silently and psychotically.

↩ Reply   ⇄ Retweet   ⭐ Favorite   ●●● More

**404**
RETWEETS

**193**
FAVORITES



10 17 AM · 12 Aug 2013



**Bullyville**
@BullyVille

👤▾   Blocked

I'm not the type of person who makes veiled threats just to scare you. I plot my revenge silently and psychotically.

↩ Reply   ⇄ Retweet   ⭐ Favorite   ●●● More

**404**
RETWEETS

**193**
FAVORITES



10 17 AM · 12 Aug 2013



**Bullyville**
@BullyVille

👤▾   Blocked

I don't get nearly enough credit for managing not to be a violent psychopath.

↩ Reply   ⇄ Retweet   ⭐ Favorite   ●●● More

**1,538**
RETWEETS

**148**
FAVORITES



11 07 AM · 22 Jul 2013

 **Bullyville**
⊙ Bully Ville

⊙− **Follow**

@AMorich23 we don't give a shit, we're going to destroy you because you're a stupid little prick. Enjoy the epic f*ckery, it's coming.....

↩ Reply   ⇄ Retweet   ★ Favorite   ••• More

RETWEETS    FAVORITES
2           13    

10 19 PM · 3 Jun 2013

 **Bullyville**
⊙ Bully Ville

⊙− **Follow**

@AMorich23 we don't give a shit, we're going to destroy you because you're a stupid little prick. Enjoy the epic f*ckery, it's coming.....

↩ Reply   ⇄ Retweet   ★ Favorite   ••• More

RETWEETS    FAVORITES
2           13    

10 19 PM · 3 Jun 2013

 **Bullyville**
⊙ Bully Ville

⊙− **Follow**

Hey @infanousjames we're bored so we're going to destroy you later tonight. Go fuck yourself.

↩ Reply   ⇄ Retweet   ★ Favorite   ••• More

RETWEETS    FAVORITES
26          48    

6 16 PM · 1 Jun 2013

 **Bullyville**
@BullyVille

👤▾   Blocked

I have every DM you have ever sent or received @InfanousJames harass 1 more girl and I'll release them all. #OpDuffy
pic.twitter.com/KlLsKhoRev

↩ Reply   ⇄ Retweet   ★ Favorite   ●●● More



**15**
RETWEETS

**32**
FAVORITES

8 33 PM - 22 May 2013

Flag media

 **Bullyville**
@BullyVille

👤▾   Blocked

Hello @LanasPopsi would you like to play a game with me?

↩ Reply   ⇄ Retweet   ★ Favorite   ●●● More

**1**
RETWEET

**6**
FAVORITES



9 47 AM - 17 May 2013

 **Bullyville**
@BullyVille

👤▾   **Blocked**

Game #2 - Ⓢ (607) 674-7590 "Hello this is Frontier Communications, how may I help you?" Yes this is @ LanasPopsi I'd like to cancel my account.

↩ Reply  ⇄ Retweet  ★ Favorite  ••• More

**1**
RETWEET

**4**
FAVORITES

10 10 AM · 17 May 2013

---

 **Bullyville**
@BullyVille

👤▾   **Blocked**

I'm still in your shit @ LanasPopsi I love your Instagram account. Need proof?  We're doing this all night sweetie.
pic.twitter.com/cHDJbp7TTS

↩ Reply  ⇄ Retweet  ★ Favorite  ••• More

    

    

    

**6**
RETWEETS

**9**
FAVORITES

   

3 26 PM · 16 May 2013

Flag media

 **Bullyville**
@BullyVille

👤▾  Blocked

Hey @fusedude you buy a ton of car audio shit on Ebay. FB page still locked down? Doesn't matter, I'm in it. #meow pic.twitter.com/XLry2jNmxX

← Reply   ↔ Retweet   ★ Favorite   ••• More



**6**
RETWEETS

**17**
FAVORITES

 

5 50 PM · 14 May 2013                    Flag media

 **Bullyville**
@ Bullyville

 **Blocked**

Hey @ fusedude, looks like your entire FB page got deleted, now how did that happen? Just getting started. #GFY
pic.twitter.com/3TUz212FtP

↩ Reply   ⇄ Retweet   ★ Favorite   ••• More





**9**
RETWEETS

**14**
FAVORITES

6 10 PM - 14 May 2013                    Flag media

 **Bullyville**
@ Bullyville

 **Blocked**

Hey @ fusedude, isn't it magical how you can't even get to your own FB page but I can? Abrafuckingcadabra! Delete page now? Ummm....yes. #GFY

↩ Reply   ⇄ Retweet   ★ Favorite   ••• More

**7**
RETWEETS

**14**
FAVORITES



6 22 PM - 14 May 2013

 **Bullyville**
@BullyVille



Hey @fusedude your email address is
fusedude1@gmail.com.  Imagine if someone
was in that account?
pic.twitter.com/bmYuBK4UET

↩ Reply  ⟲ Retweet  ☆ Favorite  ●●● More



**7**
RETWEETS

**16**
FAVORITES

   

6:29 PM - 14 May 2013                    Flag media

 **Bullyville**
@BullyVille



Hey @fusedude the email tied to the
facebook page "that isn't yours" is
fusedude@yahoo.com and guess what? I can
now see your smartphone!

↩ Reply  ⟲ Retweet  ☆ Favorite  ●●● More

**2**
RETWEETS

**12**
FAVORITES

  

7:29 PM - 14 May 2013

**Bullyville**
@BullyVille

👤▾   Blocked

Hey @fusedude, your IP address is
64.94.1xx.50 (Los Angeles.)  Drop to cmd
line and type in: ipconfig /all. #gotchabitch

↩ Reply   ⇄ Retweet   ★ Favorite   ••• More

**2**
RETWEETS

**10**
FAVORITES



7 13 PM - 14 May 2013

**Bullyville**
@BullyVille

👤▾   Blocked

Hey @fusedude you have one chance to
apologize for your rape comments. If you
don't, I'm releasing your first/last name &
physical address.

↩ Reply   ⇄ Retweet   ★ Favorite   ••• More

**8**
RETWEETS

**16**
FAVORITES



2 43 PM - 2 May 2013

**Bullyville**
@BullyVille

👤▾   Blocked

Hey @fusedude love your digital footprint.
Your Youtube account, Stern Fan network &
last.fm profile, flickr account.....Gmail.
#expectus

↩ Reply   ⇄ Retweet   ★ Favorite   ••• More

**4**
RETWEETS

**6**
FAVORITES



4 05 PM - 2 May 2013



**Bullyville**
@BullyVille

⚲ **Follow**

## When will people like @Michael_Crook learn? When you stick your d*ck in the #anon hive it never.....ever ends well.

↩ Reply ⟲ Retweet ★ Favorite ••• More

17     14     


**Bullyville** @BullyVille 16 Mar 2013
@BullyVille @Michael_Crook And if @nazigods or @ChannelZeroYT come
after you, throw your computer out the window and move to another Country
Details        ↩ Reply ⟲ Retweet ★ Favorite ••• More