IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
BINGHAMTON DIVISION

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
OCT 23 2014
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

| | |
|---|---|
| JOSEPH A. CAMP,<br>       Plaintiff,<br><br>vs.<br><br>JAMES McGIBNEY,<br>10620 Southern Highlands Parkway<br>Suite 110-234<br>Las Vegas, NV 89141<br><br>CHEATERVILLE.COM,<br>10620 Southern Highlands Parkway<br>Suite 110-234<br>Las Vegas, NV 89141<br><br>BULLYVILLE.COM,<br>10620 Southern Highlands Parkway<br>Suite 110-234<br>Las Vegas, NV 89141<br><br>CONTENTCOLO.COM,<br>848 N. Rainbow Blvd. Suite 2016<br>Las Vegas, NV 89107<br>       Defendants. | **REQUEST FOR PERMSSION TO PROSECUTE THIS MATTER ELECTRONICALLY**<br><br><br>CIVIL ACTION No. 5/4CV1287 |

**NOW COMES**, Joseph A. Camp, *pro se* in he above captioned matter, seeking permission by this Honorable Court to prosecute this matter electronically.

1. Plaintiff is poor, and homeless, and therefore is unable to provide an address.

2. Plaintiff is capable of using public access internet to access his account and advance this suit.

3. Plaintiff is unable to afford the fee's necessary to rent a PO Box.

4. Plaintiff believes that he will be meritorious on the merits and law pertaining to this matter.

5. Plaintiff is unable to afford an attorney to represent his interests in this matter.

**WHEREFORE**, for the above reasons, Plaintiff respectfully requests that this Honorable Court grant permission for him to prosecute this suit electronically; and such other and further relief as this Court deems just and proper.

Respectfully submitted this 22 day of October, 2014.

*/s/ Joseph A. Camp*

Joseph A. Camp
CampJoseph01@gmail.com
607-342-5629

Joseph A. Camp
607.343.5632

SYRACUSE NY 130
22 OCT 2014 PM 2 L

Pro Se Clerk
United States District Court
Northern District of NY
15 Henry Street
Binghamton, NY 13901

13901278199