IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
BINGHAMTON DIVISION

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 27 2014
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Utica

| | |
|---|---|
| JOSEPH A. CAMP,<br>      Plaintiff,<br><br>vs.<br><br>JAMES McGIBNEY,<br>10620 Southern Highlands Parkway<br>Suite 110-234<br>Las Vegas, NV 89141<br><br>CHEATERVILLE.COM,<br>10620 Southern Highlands Parkway<br>Suite 110-234<br>Las Vegas, NV 89141<br><br>BULLYVILLE.COM,<br>10620 Southern Highlands Parkway<br>Suite 110-234<br>Las Vegas, NV 89141<br><br>CONTENTCOLO.COM,<br>848 N. Rainbow Blvd. Suite 2016<br>Las Vegas, NV 89107<br>      Defendants. | PLAINTIFF'S MOTION REQUESTING SUMMONS TO BE SERVED ON ALL DEFENDANTS BY THE UNITED STATES MARSHAL'S SERVICES DEFAMATION OF CHARACTER – LIBEL<br><br>28 USC § 1332<br><br>CIVIL ACTION No.:<br><br>5:14-cv-01287-DNH-DEP |

MOTION REQUESTING SUMMONS TO BE SERVED ON ALL PARTIES BY THE UNITED

STATES MARSHAL'S SERVICES

**NOW COMES** the Plaintiff, JOSEPH A. CAMP, *pro se*, pursuant to Fed. R. Civ. Pro. Rule 4

(c)(1) and (3) and requests that this Honorable Court issue an Order directing the United States Marshal

Services to serve Summons in the above captioned matter for the reasons herein stated.

1.     The United States Marshal's Services are permitted with the Courts permission to serve

Summons on any party pursuant to Fed. R. Civ. Pro. Rule. 4 (c)(1) and (3) which states in pertinent part:

> (c) Service. (1) *In General.* A summons must be served with a copy of the complaint. The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service. [...] (3) *By a Marshal or Someone Specially Appointed.* At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. §1915 or as a seaman under 28 U.S.C. §1916.

2. At all times herein mentioned, Plaintiff was / is a resident of the Northern District of New York.

3. He is financially unable to personally travel to Las Vegas to serve Defendants.

4. At all times herein mentioned, Plaintiff is indigent, and submits his application to proceed *in forma pauperis* contemporaneously with the present motion.

5. All Defendants are businesses or being sued in their official capacity (JAMES McGIBNEY) with registered addresses for process, thus, an undue burden will not be had on the United States Marshal Services.

6) Plaintiff is unable to afford a process server.

### PRAYER FOR RELIEF

**THEREFORE**, the Plaintiff respectfully requests:

A.   This Honorable Court ORDER that the United States Marshal Services serve Summons on all Defendants in the above captioned matter,

B.   Such other and further relief as this Court deems just and proper.

Respectfully submitted, this 24, day of October, 2014.

*[signature]*

JOSEPH A. CAMP, *pro se.*

Camp Jos
CampJoseph01@Gmail.Com
607.342.5629

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___ day of October, 2014, a true and correct copy of the aforegoing **PLAINTIFF'S MOTION REQUESTING SUMMONS TO BE SERVED ON ALL DEFENDANTS BY THE UNITED STATES MARSHAL'S SERVICES** was mailed via United States Postal Service via First Class mail to,

The Registered Agent for process, for:

CONTENTCOLO.COM,

at:

848 N. Rainbow Blvd. #2016
Las Vegas, NV 89107

The Registered agent for process for:

CHEATERVILLE.COM, BULLYVILLE.COM and JAMES McGIBNEY:

at:

James McGibney
10620 Southern Highlands Parkway
Suite 110-234
Las Vegas, NV 89141
Defendants,

_____
JOSEPH A. CAMP, pro se.
www.JosephACamp.com
CampJoseph0@Gmail.Com

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | | |
|---|---|---|
| Joseph A. Camp | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.  5:14-CV-1287[DNH/DEP] |
| James McGibney; Cheaterville.com; Bullyville.com; Contentcolo.com | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  James McGibney
10620 Southern Highlands Parkway
Suite 110-234
Las Vegas, NV 89141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph A. Camp Pro Se Plaintiff is homeless
email address: CampJoseph01@gmail.com
Phone No.: 607-342-5629

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date:  10/22/2014

s/ S. Potter
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:14-CV-1287[DNH/DEP]

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____
                                                                             .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                         *Server's signature*

                                    _____
                                         *Printed name and title*

                                    _____
                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | | |
|---|---|---|
| Joseph A. Camp | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 5:14-CV-1287[DNH/DEP] |
| James McGibney; Cheaterville.com; Bullyville.com; Contentcolo.com | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cheaterville.com
10620 Southern Highlands Parkway
Suite 110-234
Las Vegas, NV 89141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph A. Camp Pro Se Plaintiff is homeless
email address: CampJoseph01@gmail.com
Phone No.: 607-342-5629

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Clerk of Court*

Date: __10/22/2014__      s/ S. Potter
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:14-CV-1287[DNH/DEP]

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| Joseph A. Camp | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 5:14-CV-1287[DNH/DEP] |
| James McGibney; Cheaterville.com; Bullyville.com; Contentcolo.com | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bullyville.com
10620 Southern Highlands Parkway
Suite 110-234
Las Vegas, NV 89141


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph A. Camp Pro Se Plaintiff is homeless
email address: CampJoseph01@gmail.com
Phone No.: 607-342-5629


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date: 10/22/2014

s/ S. Potter
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:14-CV-1287[DNH/DEP]

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | | |
|---|---|---|
| Joseph A. Camp | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  5:14-CV-1287[DNH/DEP] |
| James McGibney; Cheaterville.com; Bullyville.com; Contentcolo.com | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Contentcolo.com
848 N. Rainbow Blvd. Suite 2016
Las Vegas, NV 89107


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph A. Camp Pro Se Plaintiff is homeless
email address: CampJoseph01@gmail.com
Phone No.: 607-342-5629


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date:    10/22/2014

s/ S. Potter
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  5:14-CV-1287[DNH/DEP]

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                  *Server's signature*

                                                  _____
                                                  *Printed name and title*

                                                  _____
                                                  *Server's address*

Additional information regarding attempted service, etc: