IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
BINGHAMTON DIVISION

| | | |
|---|---|---|
| JOSEPH A. CAMP, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES McGIBNEY, | ) | **ADDRESS FOR PLAINTIFF** |
| 10620 Southern Highlands Parkway | ) | |
| Suite 110-234 | ) | |
| Las Vegas, NV 89141 | ) | |
| | ) | |
| CHEATERVILLE.COM, | ) | |
| 10620 Southern Highlands Parkway | ) | |
| Suite 110-234 | ) | |
| Las Vegas, NV 89141 | ) | |
| | ) | **CIVIL ACTION No.** |
| BULLYVILLE.COM, | ) | |
| 10620 Southern Highlands Parkway | ) | **5:14-cv-01287-DNH-DEP** |
| Suite 110-234 | ) | |
| Las Vegas, NV 89141 | ) | |
| | ) | |
| CONTENTCOLO.COM, | ) | |
| 848 N. Rainbow Blvd. Suite 2016 | ) | |
| Las Vegas, NV 89107 | ) | |
|     Defendants. | ) | |

**COMES NOW**, Joseph A. Camp, *pro se* pursuant to the Court's ORDER of November 3rd, 2014, and provides this Court the following address for the purposes of prosecuting this action.

Joseph A. Camp
*618 West State Street*
*Ithaca*, *New York 14850*

    Plaintiff is homeless, and often sleeps in a tent, in an area of Ithaca known as the "Jungle".

    Prior to this, Plaintiff resided at:

109 Williams Street
Groton, New York 13073

    **WHEREFORE**, Plaintiff respectfully requests that this Court enter this address of record for

Plaintiff in the above captioned matter, and such other and further releif as this Court deems just and proper.

Respectfully submitted this 4th day of November, 2014.

__/s/_____
Joseph A. Camp, *pro se*
CampJoseph01@gmail.com
607-342-5629
*618 West State Street*
*Ithaca, New York 14850*

CERTIFICATE OF SERVICE

I certify that on November 4, 2014, a copy of this document was mailed by first class mail to each of the Defenants at their registed agent of process as follows.

JAMES McGIBNEY,
10620 Southern Highlands
Parkway
Suite 110-234
Las Vegas, NV 89141

CHEATERVILLE.COM,
10620 Southern Highlands
Parkway
Suite 110-234
Las Vegas, NV 89141

BULLYVILLE.COM,
10620 Southern Highlands
Parkway
Suite 110-234
Las Vegas, NV 89141

CONTENTCOLO.COM,
848 N. Rainbow Blvd. Suite 2016
Las Vegas, NV 89107

___/s/_____
Joseph A. Camp, *pro se*
CampJoseph01@gmail.com
607-342-5629
*618 West State Street*
*Ithaca, New York 14850*