

To:
Cc:
Bcc:
Subject:  Fw: Camp v. Potter

From:        Joseph Camp <campjoseph01@gmail.com>
To:          ████████@nynd.uscourts.gov
Date:        12/09/2014 04:14 PM
Subject:     Camp v. Potter

JOSEPH A. CAMP

V.

JAMES MCGIBNEY, ET AL

MOTION TO DISMISS WITHOUT PREJUDICE

Comes Now, Joseph A. Camp, and seeks to dismiss this matter against all defendants without prejudice due to Defendants avoiding process and being unable to locate them, as well as the harassment and retaliation plaintiff has received as a result of filing this suit.

Further, Plaintiff can not afford to prosecute this matter without in forma pauperism status granted.

WHEREFORE, Plaintiff requests this matter be dismissed without prejudice.

____/s/_____
Joseph A. Camp, pro se
Campjoseph01@gmail.com
607-342-5629